UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re: JP Morgan Chase Mortgage Modification Litigation**<br><br>**This Document Relates To:**<br>**Senter et al v. JPMorgan Chase Bank, N.A., et al, No. 1:11-cv-11841-RGS** | **No. 1:11-md-02290-RGS** |

**STIPULATION OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF MINDY B. SENTER**

WHEREAS, *Senter, et al. v. JPMorgan Chase Bank, N.A., et al.* (the "Senter action") was filed by Plaintiffs Mindy B. Senter ("Senter") and Gustavo Franco ("Franco") as a purported class action against Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC (collectively "Chase"), on February 11, 2011 in the Southern District of Florida, No. 11-CV-60308-WPD;

WHEREAS, Chase conveyed an offer of permanent loan modification to Senter on August 22, 2011;

WHEREAS, Senter accepted the permanent loan modification offered by Chase on August 26, 2011 and returned an executed copy of the permanent loan modification agreement to Chase on that date;

WHEREAS, on October 12, 2011, the Senter action was transferred to the District of Massachusetts pursuant to 28 U.S.C. § 1407 and assigned to the Honorable Richard G. Stearns for coordinated or consolidated pretrial proceedings as part of *In Re: JPMorgan Chase Mortgage Modification Litigation*, under Case No. 1:11-cv-11841-RGS;

WHEREAS, Senter agreed to dismiss her claims against Chase in the Senter action;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between Senter and Chase through their undersigned counsel that all the claims for relief of Mindy Senter in the Senter action shall be, and hereby are, dismissed with prejudice as against Chase.

IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over the pending disputes by and between Franco and Chase.

IT IS FURTHER STIPULATED that each party is to bear her or its own costs.

Dated:  December 2, 2011

On behalf of Defendants JPMORGAN CHASE BANK, N.A. and JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE, LLC

*/s/ Michael J. Agoglia*
Michael J. Agoglia (CA SBN 154810)
Gregory P. Dresser (CA SBN 136532)
Barbara Barath (CA SBN 268146)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  415-268-7000
Facsimile:   415-268-7522
gdresser@mofo.com
bbarath@mofo.com

Thomas H. Loffredo (870323)
Ronald J. Tomassi, Jr. (29741)
GRAYROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1850
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
Telephone:  954-761-8111
Facsimile:   954-761-8112
tom-loffredo@gray-robinson.com
ronald-tomassi@gray-robinson.com

On behalf of Plaintiffs MINDY B. SENTER and GUSTAVO FRANCO,

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein (144088)
Nathan C. Zipperian (61525)
SHEPHERD FINKELMAN MILLER & SHAH LLP
1640 Tower Center Circle, Suite 216
Weston, FL 33326
Telephone:  (954) 515-0123
Facsimile:   (954) 515-0124
jgoldstein@sfmslaw.com
nzipperian@sfmslaw.com

Lynda J. Grant
THE GRANT LAW FIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY  10175
Telephone:  212-292-4441
Facsimile:   212-292-4442

## CERTIFICATE OF SERVICE

    I, Michael J. Agoglia, hereby certify that a true and correct copy of the foregoing document was served upon each other party or their counsel via the Court's CM/ECF system, on December 2, 2011.

Dated:  December 2, 2011        By:   /s/ *Michael J. Agoglia*

3075115