# Exhibit 7



Loan Number: [redacted]

EMC MORTGAGE CORPORATION
2780 LAKE VISTA DRIVE
LEWISVILLE, TX 75067-3884

OCTOBER 13, 2009

JEAN C WILCOX
[redacted]
IRVINE, CALIFORNIA 92620

Trial Plan Agreement
Account: [redacted]
Property Address: [redacted]
IRVINE, CALIFORNIA 92620

Dear Mortgagor(s):

EMC Mortgage Corporation ("EMC") wants to help you stay in your home. We offer various programs for customers who are experiencing hardships that prevent them from making their home loan payments. We are writing regarding your recent request for a loan modification on the above-referenced account.

In order for us to continue processing this workout option, we need to confirm your acceptance of the terms and conditions outlined in this Trial Plan. To accept this Trial Plan, please review the following information, and return a hardship letter and income verification documents, as outlined in the enclosed Required Document Checklist, by fax or mail to the address provided below by **OCTOBER 27, 2009**.

If all documentation is not received at this address within the specified time frame, collection and/or foreclosure action may commence or continue.

***Please <u>DO NOT</u> submit your payment to this address. It is for documents ONLY.***

Overnight/Regular Mail:   EMC FULFILLMENT SERVICES
                          4500 CHERRY CREEK DR SOUTH STE 960
                          MAIL STOP - CMP TRIAL MOD - EMC
                          GLENDALE, CO 80246-1531

Fax:                      (917) 849-2677

Retain the additional copy of the Trial Plan for your records.

The required first payment of **$5,100.00** must be made using the payment coupons enclosed, sent in the form of check, certified funds, or cashier's check payable to **CHASE/EMC PAYMENT PROCESSING**, and mailed to the following address by **NOVEMBER 01, 2009**. Please ensure that your account number appears on your payment. We recommend that you send payment via certified mail for delivery confirmation.

WF150 - CMP

Page 1 of 4



**Exhibit C Page 9**

Loan Number ▮▮▮▮▮▮

Overnight/Regular Mail:     CHASE/EMC PAYMENT PROCESSING
PO BOX 660753
DALLAS TEXAS 75266-0753

Please note that the Trial Plan will not be valid until the first payment is received by EMC as indicated above. If the first payment is not received at the above address within the specified time frame, collection and/or foreclosure action may commence or continue.

Once the Trial Period Plan begins on your account, if you do not meet the terms of this Plan, please remember EMC may, without further notice to you, terminate the Plan and commence or continue collection and/or foreclosure proceedings according to the terms of your Note and Security Instrument. Note that the Trial Period Plan will not bring your account current. EMC reserves the right to determine the final amounts of the unpaid interest and any other delinquent amounts (except late charges) to be added to your loan balance in order to determine a new payment amount. After successful completion of the Trial Period Plan, EMC will send you a Modification Agreement for your signature which will modify the Loan as necessary to reflect this new payment amount.

We have detailed the proposed payment schedule below. Please note that EMC may find it necessary to increase your regular monthly payment during this period to cover escrow disbursements. Please adjust your payments accordingly.

| Trial Plan Payment Amount | Trial Plan Payment Due Date |
|---|---|
| $ 5,100.00 | 11/01/2009 |
| $ 5,100.00 | 12/01/2009 |
| $ 5,100.00 | 01/01/2010 |

If all payments are made as scheduled, we will consider a permanent workout solution for your Loan.

During your Trial Period Plan, payment should be made using the payment coupons provided and sent in the form of check, certified funds, or cashier's check payable to EMC to the address provided above. Please ensure that your account number appears on your payment. We recommend that you send payments via certified mail for delivery confirmation.

This Trial Plan does not alter any reporting made to credit reporting agencies by EMC. Any delinquency will be reported in accordance to the terms of the Note and Security Instrument without regard to this instrument.

All of the original terms of your Loan remain in full force and effect, unless specifically mentioned. You acknowledge that in the event you file a petition in bankruptcy, EMC may elect to take any and all actions necessary, including, but not limited, to voiding this Agreement, filing a Motion for Relief from Automatic Stay or a motion to dismiss or any permitted state law remedies, which in EMC's judgment are reasonably necessary to secure or protect our security and/or to enforce our rights under the original terms of your Loan.

If you have any questions, please contact us at the number provided below. We value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Homeowner's Assistance Department
EMC Mortgage Corporation
(800) 723-3004
WF150 - CMP

Page 2 of 4



Exhibit C Page 10

Loan Number

(800) 735-2989 *TDD / Text Telephone*

Enclosures
1. Required Document Checklist

2. Hardship Affidavit

3. 4506-T Form

4. Payment Coupons

5. Return Envelopes

An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." EMC offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (800) 723-3004 to discuss your options. The longer you delay the fewer options you may have.

For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.

EMC Mortgage Corporation is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

WF150 - CMP

Page 3 of 4



**Exhibit C Page 11**

Loan Number

In Witness Whereof, the Lender has executed this Plan.

**EMC MORTGAGE CORPORATION**
Lender

By: _Richard L. [signature]_

OCTOBER 13, 2009
Date

