# Exhibit 9





February 09, 2010

LM033

Amy E Keller
Highlands, NJ

**WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**WE HAVE TOLD A CREDIT BUREAU ABOUT A LATE PAYMENT, MISSED PAYMENT OR OTHER DEFAULT ON YOUR ACCOUNT. THIS INFORMATION MAY BE REFLECTED IN YOUR CREDIT REPORT.**

RE: Loan Number:     7666
    Property Address:
                     Highlands NJ

Dear Amy E Keller :

We offer programs for customers who are experiencing hardships that prevent them from making their home loan payments. We may be able to assist you

This plan is based on your hardship: Curtailment of income

You have been approved for a Special Forbearance Agreement, which provides temporary relief from your loan payments. Please sign and return this Agreement. We must receive your signed Agreement at the following address on or before 03/01/2010: Chase Home Finance LLC, Attn: Loan Modification, PO Box 469030, Glendale, CO 80246.
You may also fax your signed Agreement to us at 1-866-282-5682.

Thank you for your cooperation. If you have any questions, you can call me at 1-800-848-9380, extension  .

Sincerely,

Customer Service
Loss Mitigation Department
Chase

Enclosure

LA-LM033-017-B8@.5797.081309

Page 2  
Loan Number: ▮▮▮▮7666



## SPECIAL FOREBEARANCE AGREEMENT

* Your loan is now due for the months of 04/01/2009 to 02/01/2010.
* You must send $1100.00 to reduce your total delinquency.
* We must <u>receive</u> the initial payment of $1100.00 along with your signed Special Forbearance Agreement ("Agreement") by 03/01/2010. After that, the payment schedule outlined below must be followed. If you do not make your payments on time, or if any of your payments are returned for non-sufficient funds, this Agreement will be in breach and collection and/or foreclosure activity will resume.

Your payments must be received in our office on or before the following dates:

$1100.00   03/01/2010    6/01  PP    Sept.01   Returned.
$1100.00   04/01/2010    7/01  PP
$1100.00   05/01/2010    8/01  PP

Payments are subject to change due to escrow analysis and or interest rate changes, if applicable. If you are notified of a payment adjustment, please contact our office immediately so we can adjust the terms of your Agreement accordingly.

If all payments are made as scheduled, we will reevaluate your application for assistance and determine if we are able to offer you a permanent workout solution to bring your loan current.

All of the original terms of your loan remain in full force and effect, unless specifically mentioned within this Agreement. If any part of this Agreement is breached, Chase Home Finance LLC ("Chase") has the option to terminate the Agreement and begin or resume foreclosure proceedings pursuant to your loan documents and applicable law.

You acknowledge that in the event you file a petition in bankruptcy, Chase may elect to take any and all actions necessary, including, but not limited to voiding this Agreement, filing a Motion for relief from the automatic stay or a Motion to dismiss or any permitted state law remedies, which in Chase's judgment are reasonably necessary to secure or protect our security, the value of the security and/or to enforce our rights under the original terms of your loan.

I/We agree to the above Special Forbearance Agreement and will make payments as outlined above. I/We understand that foreclosure action can be taken if the terms of this Agreement are not met.

_____     _____
Amy E Keller                       Date

LA-LM033-017-B8@.5797.081309