# Exhibit 10

3415 Vision Drive
Columbus OH 43219-6009
866-282-5682 Fax

CHASE

December 10, 2009

008237 1 of 4 NSP0VYG - ZA 000000000000 LM666
Delano Ray Cureton
Janet Diane Cureton

Port Orchard, WA

**Instructions for Forbearance Plan**
Account: ▇▇▇▇6693
Property Address: ▇▇▇▇▇▇▇▇▇▇
                  Port Orchard WA ▇▇

Dear Mortgagor(s):

To better serve you and ensure your complete understanding of the enclosed Forbearance Plan Agreement for the above-referenced account, outlined below are some specific requirements.

**Please sign and return the enclosed Forbearance Plan Agreement to the address provided below or fax it to (614) 422-7259.** To expedite any necessary foreclosure holds, please include the original executed documents when returning your payment and signed Agreement. If the Agreement is executed, acknowledged, and/or initialed via fax, it will be considered the same as an original signature.

**Please note the Forbearance Plan will only be valid if payment and the signed Agreement are both received by the due date provided in the enclosed Agreement.** If the signed Agreement and/or payment are not received by the due date indicated, the Forbearance Plan will be declined and all foreclosure activity will resume.

Listed below are your payment options:

**To pay by Western Union:**

- Find your nearest Western Union location by calling (800) 325-6000 or visiting www.westernunion.com for a list of locations.
- Identify yourself at the Western Union location as a Quick Collect Customer.
- Complete the blue Western Union form.
- Use code city "Chase," code state "OH."
- Select "Cash" as the payment method.

Please note that Western Union may charge a fee for this service.

**Payment may be made in the form of certified funds, cashier's check, or money order. Please include your account number and send to the address below.** If you elect to remit your payment(s) by mail, it is recommended that you send them certified mail to ensure their delivery.

    Overnight/Regular Mail:    Chase Home Finance LLC
                                          Attention Homeowner's Assistance Department
                                          Mail Code OH4-7354
                                          3415 Vision Drive
                                          Columbus, OH 43219-6009

Please contact us at the number below immediately after mailing your payment, and provide us with the 10-digit Money Transfer Control Number (MTCN) or certified check and mail package tracking numbers.

**When your Forbearance Plan begins, all payments must be in the form of certified funds, cashier's check, or money order, and for the full amount as outlined in your Agreement.** No personal checks will be accepted. Any partial payment will be returned and considered past due. Furthermore, payments will only be accepted at the following address:

    Overnight/Regular Mail:    Chase Home Finance
                                          Attention Cash and Control, HAD
                                          Mail Code OH4-7354
                                          3415 Vision Drive
                                          Columbus, OH  43219-6009

There is no grace period while you are on the Forbearance Plan. All payments are due on the dates outlined in the enclosed Agreement. Any modifications made during the plan will be noted on your account and must be strictly adhered to; otherwise, your Forbearance Plan may be subject to cancellation.

Your prompt attention to this matter is greatly appreciated. If you have any questions, please contact us at the number provided below between the hours of 8 a.m. and 9 p.m. ET. At Chase, we value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Homeowner's Assistance Department
Chase Home Finance LLC
(800) 446-8939
(800) 582-0542 TDD / Text Telephone


Enclosure

1. Forbearance Plan Agreement

Payment Schedule

| PLAN | DATE | AMT | PLAN | DATE | AMT |
|------|----------|----------|------|----------|----------|
| 01 | 01/01/10 | 1,468.56 | 02 | 02/01/10 | 1,468.56 |
| 03 | 03/01/10 | 1,468.56 | | | |

If once the Forbearance Plan begins on your account, you do not meet the terms of this Agreement, please remember Chase Home Finance LLC may, without further notice to you, terminate the Forbearance Plan and continue collection and/or foreclosure proceedings according to the terms of your Note and Mortgage. After the final payment of the Forbearance Plan, regular payments will become due in addition to any delinquent payments, fees and/or charges. If your account is not current once the Forbearance period has ended, collection and/or foreclosure activity will resume.

**During your Forbearance period under this Forbearance Plan, payment should be sent in the form of certified funds (i.e., cashier's check or money order) to the address below. Please ensure that your account number appears on your payment.** If you elect to remit your payment(s) by regular mail, we recommend that you send them certified mail to ensure their delivery.

    Overnight/Regular Mail:   Chase Home Finance LLC
                                          Attention Homeowner's Assistance Department
                                          Mail Code OH4-7354
                                          3415 Vision Drive
                                          Columbus, OH 43219-6009

This Forbearance Plan does not alter any reporting made to credit reporting agencies by Chase Home Finance LLC. Any delinquency will be reported in accordance to the terms of the Note and security instrument without regard to this instrument.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

LM664-1