# Exhibit 11

CHASE                    Fax:6144222623                    Mar 24 2009 16:59    P.01

# CHASE ○

The attached forbearance agreement is a pre-qualification agreement for the Home Affordable Modification Program (HAMP). In order to further review your case for a possible modification of your mortgage loan(s) under the new plan or any other workout available, you must complete a Borrower's Assistance Form and provide the documentation outlined below. **Please include all the documents needed with your signed Forbearance Agreement enclosed**, and your first forbearance payment as outlined in the contract.

Once we receive the supporting documentation outlined here, we will be able to finalize the review for the Home Affordable Modification Program or any other workout available based on the supporting documentation received from you, and you will receive a new agreement outlining the terms of the program for which you qualify.

In order to avoid any delays, you may fax your signed agreement and supporting documents at 614-422-7259. Please send your payments as indicated in the forbearance contract enclosed.

**Borrower(s) Name:** FRANK O. FISCHER

**Loan Number(s):** ▓▓▓▓ 0365

✓ Owner Occupied        ___ Non-Owner Occupied

**Required Documentation for Borrower and Co-Borrower**
**If you are a Wage Earner (you receive a W-2 from your employer) please use the following checklist and submit with the Borrower's Assistance Form:**

- ✓ Two (2) Most Recent Pay Stubs
- Length of service with Current Employer:   Year(s): 2   Month(s): 8
- ✓ Most Recent one (1) month of Complete Bank Statement
- ✓ Most recent statement(s) supporting assets listed on page 2 of the Borrower's Assistance Form
- ✓ Most Recent Tax Return
- ✓ Completed 4506-T – Request for Transcript of Tax Return
- ✓ Proof of Income for other household members living in the home (Alimony, Child Support, Pension, etc.) if you want such income considered for a loan workout
- ✓ Proof of occupancy – a recent utility bill in your name at property address
- If loan is Non-Escrowed
  A) Proof of payment of most recent taxes

   B) Proof of payment of Homeowner's Insurance
   C) Proof of payment of Homeowner's Association Fees
- Non-Owner Occupied (ONLY)
   A) Rental Income w/copies of Rental Agreement
   B) PITI & MTG Holder(s) for Primary Residence
   C) Primary Residence Address (input below)

**If you are Self Employed, please use the following checklist and submit with the Borrower's Assistance Form:**
- P & L Statement / Audited or reviewed YTD Income Statement
- Most Recent two (2) years of Tax Returns or 1099s
- Completed 4506-T – Request for Transcript of Tax Return
- Last four (4) months of complete Business and Personal Bank Statements
- Most recent statement(s) supporting assets listed on page 2 of the Borrower's Assistance Form
- Length of time of Business Ownership: Year(s):____ Month(s):___
- Proof of Income for other household members living in the home (Alimony, Child Support, Pension, etc.) if you want such income considered for a loan workout
- Proof of occupancy – a recent utility bill in your name at property address
- If loan is Non-Escrowed
   A) Proof of payment of most recent taxes
   B) Proof of payment of Homeowner's Insurance
   C) Proof of payment of Homeowner's Association Fees
- Non-Owner Occupied (ONLY)
   A) Rental Income w/copies of Rental Agreement
   B) PITI & MTG Holder(s) for Prime Residence
   C) Primary Residence Address (input below)

**Primary Address:**

_____
_____
_____
_____



**Chase Home Finance LLC**
3415 Vision Drive
Columbus, Ohio 43219
Homeowner's Assistance Department (800)446-8939

March 31, 2009

FRANK O FISCHER

CROSWELL, MI

RE: Loan Number 0365

Dear Mortgagor(s):

In consideration of Chase Home Finance LLC extending a forbearance for a period of time, it is mandatory that you indicate your acceptance of the following conditions by signing this letter of agreement. This forbearance agreement will not be valid until a signed copy of the agreement is received in our office. If the agreement is not returned, collection and/or foreclosure action will continue.

All the provisions of the Note and security instrument, except as herein provided, shall remain in full force and effect. Upon the breach of any of the provisions of this agreement, Chase Home Finance LLC may, at its option and <u>without further notice to you</u>, terminate this agreement and will continue collections and/or foreclosure proceedings according to the terms of the Note and security instrument without regard to this instrument.
In the event that bankruptcy is filed during the course of this forbearance agreement, the agreement will become void.

All payments must be made in certified funds. We are also able to accept wire payments (i.e. Western Union). If you send a cashier's check or money order, please be sure your account number is located on it. Do not use the Chase internet site for for these payments, this will only delay the payment posting.
**All personal checks will be returned.**

It is proposed that the following will be the forbearance period.

| PAYMENTS DUE IN OUR OFFICE | AMOUNT DUE |
| --- | --- |
| April 15, 2009 | $0.00 |
| May 15, 2009 | $0.00 |
| June 15, 2009 | $0.00 |
| July 15, 2009 | $0.00 |
| August 15, 2009 | $0.00 |
| September 15, 2009 | $0.00 |

After the final forbearance payment, regular payments will become due in addition to any delinquent payments, fees and/or charges. If your account is not current once the forbearance period has ended, collections and/or foreclosure activity will resume.

At the conclusion of this plan, if your account remains in default, your file may be reviewed for other

workout options. If you are interested in these additional workout options, it is necessary that you contact Chase Homeowners Assistance prior to the conclusion of the forbearance period to discuss. Please note that additional information may be necessary.

In effort to better serve our customers, Chase Mortgage Assistance call center has extended the hours of operations from 8 am to 9 pm EST. You may contact us with any questions or comments during these extended hours at 800-446-8939.

**Please sign the original of this agreement and return it by April 15, 2009. If you have any questions or concerns, please contact me at (800)446-8939.**

**Please send the signed agreement to the following address:**
Chase Home Finance LLC
3415 Vision Drive
Columbus, OH  43219-6009
Attention: Homeowner's Assistance Department, Antonio Guynes

Sincerely,

Antonio Guynes
Repayment Analyst
Homeowner's Assistance Department

Accepted and agreed this __11TH__ day of __APRIL__, 200_9_.

*Frank O. Fischer*
**FRANK O FISCHER**
Loan # ████0365