# Exhibit 14

## Forbearance Agreement Worksheet

| | | | | |
|---|---|---|---|---|
| Date: | July 20, 2009 | Actual SALE DATE: | 10/6/2009 | |
| From: | Alejandra Pena | Financials Updated | July 21, 2009 | |
| Loan Number: | ▉▉▉▉1911 | Borrower: | PACHECO,BASILISA | |
| | | Co-Borrower: | 0 | |

| Net Due: | $3,869.25 |
|---|---|
| Mod Date: | |
| # Previous Stips: | 1 |
| Surplus/Deficit Amt: | $92.75 |
| APC Payments: | $0.00 |

MOA or Int Only Loan? ○ Yes ● No
Does APC Show Warning Flags? ☐ Yes ☐ No

Approval Level Needed: **AGENT APPROVED**

ADVISE SALE DATE -- See FOR3 Screen

| | | | | |
|---|---|---|---|---|
| 5 | P&I Payments | @ $ | 613.89 | $ 3,069.45 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |

| | |
|---|---|
| Accrued Late Charges | $ 20.86 |
| NSF Fees | |
| Corporate Recoverable Advances (Attorney fees/costs, appraisals, inspections, etc., paid by EMC or previous servicers) | $ 2,315.55 |
| Other Misc. Fees (items as fees for faxes, Verification of Mortgage, defendants, HUD interest arrearage if applicable) | $ 0.00 |
| Required Escrow | $ 525.74  OK to Proceed |
| Escrow Advances | $ 0.00 |
| Principal Arrearage (HUD) | $ |
| Less Suspense Credit | $ 0.00 |
| Subtotal: | $ 5,941.35 |
| Add Estimated Fees/Costs | $ 1,306.29  OK to Proceed |
| Total: | $ 7,247.94 |

| | | |
|---|---|---|
| Amount of Initial Payment (if any) | 15.54% | $ 1,126.09 |
| Date Initial Payment Due | July 25, 2009 | |
| Time Due | 5:00pm  Central Standard Time | |
| Amount of Arrearage Payments (if any) | | $ 6,121.84 |
| Duration of Arrearage Payments: | 3  months | |
| Arrearage payments begin | 7/25/2009  and end  9/25/2009 | Down Payment Cannot be in the Past |
| Regular Monthly Payment: | $ 773.98 | |
| Arrearage Payment | $ 74.97 | |
| Due Date  25th  Total: | $ 769.46 | |
| Balloon payment due, if any | | $6,135.11 |
| For Script Processing Use | Sum of Plan Payments w/ DP: $ 3,434.38 | |
| | Minus DP: $ 2,308.38 | |

Mark with "X" if applicable:

| | |
|---|---|
| Foreclosure Sale Date | X |
| Discharged 7 | |
| Manufactured Home | |
| Hud Arrearages | |
| FHA Agreement | |

Exit Strategy:
- Stip Repay to Cure-RF
- Stip Repay to Modify-TM
- Stip Repay to Liquidate-TS
- Stip Repay to Re-review-DF
- Stip Special Forbearance to Modify-MF
- Stip Special Forbearance to Liquidate-PF
- Stip Special Forbearance to Re-review-SB

CHASE_PACHECO LIT_00001964