# Exhibit 15

## Forbearance Agreement Worksheet

| | | |
|---|---|---|
| Date: | September 9, 2009 | Actual SALE DATE: 10/9/2009 |
| From: | Reed Smithson - RS4 | Financials Updated 9/4/2009 |
| Loan Number: | ████1911 | Borrower: PACHECO, BASILISA |
| | | Co-Borrower: 0 |

ADVISE SALE DATE - See FOR3 Screen

| Qty | Item | | Rate | Amount |
|---|---|---|---|---|
| 7 | P&I Payments | @ $ | 613.89 | $ 4,297.23 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |
| 0 | P&I Payments | @ $ | 0.00 | $ 0.00 |

| | |
|---|---|
| Accrued Late Charges | $ 30.95 |
| NSF Fees | $ 0.00 |
| Corporate Recoverable Advances (Attorney fees/costs, appraisals, inspections, etc. paid by EMC or previous servicers) | $ 2,460.27 |
| Other Misc. Fees (Items as fees for faxes, Verification of Mortgage, deferments, HUD interest arrearage if applicable) | $ 0.00 |
| Required Escrow | $ 876.22 OK to |
| Escrow Advances | $ 0.00 |
| Principal Arrearage (HUD) | $ |
| Less Suspense Credit | $ -769.46 |
| Subtotal: | $ 6,895.21 |
| Add Estimated Fees/Costs | $ 0.00 OK to |
| Total: | $ 6,895.21 |

| | | |
|---|---|---|
| Amount of Initial Payment (if any) | 16.33% | $ 1,126.00 |
| Date Initial Payment Due | September 15, 2009 | |
| Time Due | 5:00 PM Central Standard Time | |
| Amount of Arrearage Payments (if any) | | $ 5,769.21 |
| Duration of Arrearage Payments: | 6 months | |
| Arrearage payments begin | 10/25/2009 and end 3/25/2010 | |
| Regular Monthly Payment: | $ 773.85 | |
| Arrearage Payment: | $ 0.00 | |
| Due Date: 25th  Total: | $ 773.85 | |
| Balloon payment due, if any | | $5,769.21 |
| For Script Processing Use | Sum of Plan Payments w/ DP: $ | 5,769.10 |
| | Minus DP: $ | 4,643.10 |

Mark with "X" if applicable:

| | |
|---|---|
| Foreclosure Sale Date | X |
| Discharged 7 | |
| Manufactured Home | |
| Hud Arrearages | |
| FHA Agreement | |

Exit Strategy:

- Stip Repay to Cure-RF
- Stip Repay to Modify-TM
- Stip Repay to Liquidate-TS
- Stip Repay to Re-review-DF
- Stip Special Forbearance to Modify-MF
- Stip Special Forbearance to Liquidate-PF
- Stip Special Forbearance to Re-review-SB