# Exhibit 16



Homeownership Preservation Office
3415 Vision Drive
Mail Code OH4-7305, 3rd Floor
Columbus, OH 43219

July 14, 2010

AMY E KELLER

HIGHLANDS, NJ

580

**The first step to your Chase mortgage modification is almost complete.**

**Now we're making it easy for you to submit your remaining documentation.**
**We're hosting a Homeowner Assistance Event in your area!**

Dear Amy Keller:

Thank you for making your payments during your trial mortgage modification period – we would very much like to make your modification permanent -- but we still need some critical documentation to finalize your modification evaluation. Luckily, you have a chance to drop off the documentation in person, because we're hosting a homeowner assistance event right in your area.

> Chase is hosting an event at the Mayflower Renaissance Hotel – it's a perfect opportunity for you to deliver the final documentation. Your application is almost complete – this is your chance to come in, meet with Chase mortgage professionals, finalize your modification documentation and help ensure that your home is not in danger of foreclosure.

**HERE ARE ALL THE DETAILS:**

| | |
|---|---|
| **WHERE:** | **The Mayflower Renaissance Hotel**<br>1127 Connecticut Avenue NW, Washington, DC  20036 |
| **WHEN:** | 8 Day Event<br>Friday, July 23 through Friday, July 30<br>8:00 AM – 8:00 PM |
| **DOCUMENTATION NEEDED:** | Income Documentation |

You may have received other communications from our Homeowner Assistance Department regarding other needed documentation. Please be sure to bring that with you as well so your modification isn't in jeopardy.

Remember, qualified Chase loan advisors will be available to accept your documentation, as well as walk through the status of your modification request and answer any questions you may have about the process. If you have already submitted documentation and have questions or are looking for confirmation, please come to the event and bring any paperwork you have for us to discuss - **we'll even give you a free $10 gas card\*** when you bring this letter with you.

We look forward to seeing you at this upcoming free event. If you'd like to confirm what documentation you need to bring, you can call us at 1-888-708-7105 (1-800-582-0542 TDD / Text). Take advantage of this opportunity to meet face-to-face with your mortgage company, to receive support and to discuss your mortgage modification.

Sincerely,



Steve Stein
Chase Homeowner Assistance Department

**Tendremos consejeros que hablan español en este evento.**

© 2010 JPMorgan Chase & Co.
DO197E 0710    8605B 0710

580