# Exhibit 23

Loan Number



CHASE HOME FINANCE LLC
2210 ENTERPRISE DRIVE
FLORENCE, SC 29501-1109

MARCH 25, 2010

DONNA M MARSHALL

Trial Plan Agreement
Account:
Property Address:          :

Dear Mortgagor(s):

**Chase Home Finance LLC ("CHASE")** wants to help you stay in your home. We offer various programs for customers who are experiencing hardships that prevent them from making their home loan payments. We are writing regarding your recent request for a loan modification on the above-referenced account.

In order for us to continue processing this workout option, we need to confirm your acceptance of the terms and conditions outlined in this Trial Plan. To accept this Trial Plan, please review the following information, sign and date one (1) copy of the Trial Plan, and return the RMA Acknowledgement and income verification documents, as outlined in the enclosed Required Document Checklist, by fax or mail to the address provided below by **APRIL 08, 2010.**

**If all documentation is not received at this address within the specified time frame, collection and/or foreclosure action may commence or continue.**

***Please <u>DO NOT</u> submit your payment to this address. It is for documents ONLY.***

Overnight/Regular Mail:   **CHASE FULFILLMENT SERVICES**
                          **4500 CHERRY CREEK DR SOUTH, STE 100**
                          **MAIL STOP - CHAMP TRIAL -      03**
                          **GLENDALE, CO 80246-1531**

Fax:                      **(866) 282-5682**

Retain the additional copy of the Trial Plan for your records.

The required first payment of **$772.10** must be made using the payment coupons enclosed, sent in the form of certified funds payable to **CHASE PAYMENT PROCESSING**, and mailed to the following address by **MAY 01, 2010.** Please ensure that your account number appears on your payment. We recommend that you send payment via certified mail for delivery confirmation.

WF150 CHAMP – FC V2 2-12-10


3 + 4 5 +            5 9 6 + 1 + 4 6



Page 1 of 4

Loan Number

Overnight/Regular Mail:  **CHASE PAYMENT PROCESSING**
**PO BOX 78148**
**PHOENIX AZ 85062-8148**

**Please note that the Trial Plan will not be valid until the first payment is received by CHASE as indicated above.** If the first payment is not received at the above address within the specified time frame, collection and/or foreclosure action may commence or continue.

Once the Trial Period Plan begins on your account, if you do not meet the terms of this Plan, please remember CHASE may, without further notice to you, terminate the Plan and commence or continue collection and/or foreclosure proceedings according to the terms of your Note and Security Instrument. **Note that the Trial Period Plan will not bring your account current.** CHASE reserves the right to determine the final amounts of the unpaid interest and any other delinquent amounts (except late charges) to be added to your loan balance in order to determine a new payment amount. After successful completion of the Trial Period Plan, CHASE will send you a Modification Agreement for your signature which will modify the Loan as necessary to reflect this new payment amount.

We have detailed the proposed payment schedule below. Please note that CHASE may find it necessary to increase your regular monthly payment during this period to cover escrow disbursements. Please adjust your payments accordingly.

| Trial Plan Payment Amount | Trial Plan Payment Due Date |
|---|---|
| $ 772.10 | 05/01/2010 |
| $ 772.10 | 06/01/2010 |
| $ 772.10 | 07/01/2010 |

If all payments are made as scheduled, we will consider a permanent workout solution for your Loan.

**During your Trial Period Plan, payment should be made using the payment coupons provided and sent in the form of certified funds payable to CHASE to the address provided above. Please ensure that your account number appears on your payment. We recommend that you send payments via certified mail for delivery confirmation.**

This Trial Plan does not alter any reporting made to credit reporting agencies by CHASE. Any delinquency will be reported in accordance to the terms of the Note and Security Instrument without regard to this instrument.

All of the original terms of your Loan remain in full force and effect, unless specifically mentioned. You acknowledge that in the event you file a petition in bankruptcy, CHASE may elect to take any and all actions necessary, including, but not limited, to voiding this Agreement, filing a Motion for Relief from Automatic Stay or a motion to dismiss or any permitted state law remedies, which in CHASE's judgment are reasonably necessary to secure or protect our security and/or to enforce our rights under the original terms of your Loan.

If you have any questions, please contact us at the number provided below. We value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Homeowner's Assistance Department
Chase Home Finance LLC
(800) 848-9380
(800) 841-1743 *TDD / Text Telephone*

WF150 CHAMP – FC V2 2-12-10


3 + 4 5 +  ███████  6 5 9 6 + 1 + 4 6

Loan Number

Enclosures
1. Required Document Checklist

2. RMA Acknowledgment

3. 4506T-EZ Form

4. Payment Coupons

5. Return Envelopes

**Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

## FOR CALIFORNIA CUSTOMERS ONLY:

- For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at (877) FTC-HELP or www.ftc.gov.

WF150 CHAMP – FC V2 2-12-10


3 + 4 5 +       6 5 9 6 + 1 + 4 6

Page 3 of 4

Loan Number

## ACKNOWLEDGMENT OF BORROWER(S)

BY SIGNING BELOW, I accept and agree to the terms and provisions contained in this Trial Plan Agreement.

_____     Date: ____ / ____ / ____
Signature -   DONNA M MARSHALL

As a reminder, please return this signed Agreement to:

Overnight/Regular Mail:     CHASE FULFILLMENT SERVICES
4500 CHERRY CREEK DR SOUTH, STE 100
MAIL STOP - CHAMP TRIAL -     03
GLENDALE, CO 80246-1531

In Witness Whereof, the Lender has executed this Plan.

__CHASE HOME FINANCE LLC__
Lender

By:  _____

__MARCH 25, 2010__
Date

WF150 CHAMP – FC V2 2-12-10

3 + 4 5 +          5 9 6 + 1 + 4 6

Page 4 of 4