UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: JP MORGAN CHASE MORTGAGE MODIFICATION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 11-md-02290-RGS |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE REPLY MEMORANDA**

Defendant JPMorgan Chase Bank, N.A., on its own behalf and as successor by merger to Chase Home Finance LLC, EMC Mortgage LLC (formerly known as EMC Mortgage Corporation), and The Bear Stearns Companies LLC (collectively "defendants"), hereby move pursuant to Local Rule 7.1(b)(3) of the United States District Court for the District of Massachusetts, for leave of Court to file Reply Memoranda in Support of their Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("CAC") (Dkt. 41) and their Request for Judicial Notice (Dkt. 43).

Defendants request leave to submit a Reply in Support of the Motion to Dismiss for the following reasons: (1) to address plaintiffs' 45-page Opposition to that motion regarding their 204-page CAC; (2) to respond to plaintiffs' arguments regarding multiple issues of first impression before this Court, including whether the Financial Institutions Supervisory Act removes subject matter jurisdiction over plaintiffs' claims under Parts 1, 2, and 4 of the CAC, whether the National Bank Act preempts plaintiffs' loan modification process claims, and whether plaintiffs' newly alleged Fair Debt Collection Practices Act and verbal promises claims are viable; and (3) to address several new

1

arguments asserted for the first time in the Opposition, including plaintiffs' reliance on case law decided after defendants filed the Motion to Dismiss.

Defendants also seek leave to submit a short Reply to plaintiffs' Response to Defendants' Request for Judicial Notice in order to respond to plaintiffs' submission of additional documents and unwarranted accusation that defendants were "misleadingly selective" in the documents submitted.

WHEREFORE, defendants request leave of Court to file, on or before May 4, 2012, a Reply Memorandum in Support of the Motion to Dismiss, not to exceed 20 pages in length, and a Reply Memorandum in Support of the Request for Judicial Notice, not to exceed 3 pages in length.

Dated: April 12, 2012       On behalf of Defendants,

  /s/ Michael J. Agoglia
Michael J. Agoglia (CA SBN 154810)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
MAgoglia@mofo.com

Donn A. Randall (BBO No. 631590)
Matthew A. Kane (BBO No. 666981)
Bulkley, Richardson and Gelinas, LLP
125 High Street
Oliver Street Tower, 16th Floor
Boston, Massachusetts  02110
Telephone: (617) 368-2520
Facsimile: (617) 368-2525
DRandall@bulkley.com
MKane@bulkley.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned counsel for Defendants hereby certifies that he has conferred with counsel for the plaintiffs and attempted in good faith to resolve the issue presented. Plaintiffs' counsel stated that plaintiffs take no position on this Motion for Leave to File a Reply.

/s/ Michael J. Agoglia
Michael J. Agoglia

## CERTIFICATE OF SERVICE

I, Michael J. Agoglia, hereby certify that a true copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on April 12, 2012.

/s/ Michael J. Agoglia
Michael J. Agoglia

3131086