UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 11-md-02290-RGS

IN RE: JPMORGAN CHASE
MORTGAGE MODIFICATION LITIGATION

SUGGESTION OF REMAND for No. 3:10-cv-670-HEH

April 12, 2012

STEARNS, D.J.

In accordance with the court's Order of April 11, 2012, the court recommends that the Judicial Panel on Multidistrict Litigation remand the individual Complaint of Michelle Bourdelais, a named class representative from the Eastern District of Virginia in the JPMorgan Chase Mortgage Modification Litigation, as she has requested.

Respectfully submitted,

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

1