**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: JP MORGAN CHASE MORTGAGE MODIFICATION LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**All Actions** | Case No. 11-md-02290-RGS |

### DEFENDANTS' DEFINITION OF "LOSS MITIGATION PERIOD" PURSUANT TO THE COURT'S MAY 10, 2012 ORDER

In its May 10, 2012 Order, the Court requested that defendants (collectively "Chase") provide a definition of the term "Loss Mitigation Period" used in the document requests at issue. Chase's definition of "Loss Mitigation Period" encompasses the period beginning approximately three months before each plaintiff's alleged default on his or her mortgage loan obligations. As discussed in Defendants' Opposition to Plaintiffs' Motion for Protective Order, filed concurrently herewith, depending on the particular document request, a time period that begins just before a payment default is directly relevant. The defined term "Loss Mitigation Period" was employed in select document requests to which this broader time period was pertinent.

The Loss Mitigation Period for each named plaintiff is defined below:

| | |
|---|---|
| Evan Burkholder | January 2009 through the present. |
| Joyce Clapham | February 2008 through the present. |
| Jacquelyn Colleta | January 2009 through the present. |
| Samuel Colleta | January 2009 through the present. |
| Janet Cureton | May 2009 through the present. |
| Christine Ellis | January 2009 through the present. |
| Frank Fischer | January 2009 through the present. |
| Sandra Fischer | January 2009 through the present. |
| Donna Follmer | May 2008 through the present. |
| Gustavo Franco | May 2009 through the present. |
| Sharie Green | October 2008 through the present. |
| Kiersten Hajnal | February 2009 through the present. |
| John Hanf | June 2009 through the present. |
| Kathleen Hanf | June 2009 through the present. |
| Sharon Hayes | August 2009 through the present. |
| Thomas Hayes | August 2009 through the present. |
| Michele Hood | July 2008 through the present. |
| Robert Hood | July 2008 through the present. |
| Julie Karnes | August 2009 through the present. |
| Amy Keller | December 2008 through the present. |
| Kathy Kurtzner | February 2009 through the present. |
| Gary Larkin | January 2009 through the present. |
| Thomas Leopold | January 2009 through the present. |
| Susan Mason | January 2009 through the present. |
| Felicia Minerva | January 2009 through the present. |
| Thomas Minerva | January 2009 through the present. |
| Dianna Montez | February 2009 through the present. |
| Basilisa Pacheco | January 2006 through the present. |

| Arsenia Rodrigues | January 2009 through the present. |
|---|---|
| Linda Ross | April 2009 through the present. |
| Ronald Ryan | January 2009 through the present. |
| Michael Sabouhi | September 2009 through the present. |
| Audra Schmierer | April 2009 through the present. |
| Michael Schmierer | April 2009 through the present. |
| Anthony Taylor | January 2009 through the present. |
| Donald Treannie | January 2009 through the present. |
| Heather Treannie | January 2009 through the present. |
| Kelly Turbeville | January 2009 through the present. |
| Shelby Venuti | January 2009 through the present. |
| Daniel Ware | May 2009 through the present. |
| Jean Wilcox | October 2007 through the present. |

Dated: May 14, 2012                                   On behalf of defendants,

/s/ Michael J. Agoglia
Michael J. Agoglia (CA SBN 154810)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
magoglia@mofo.com

Donn A. Randall (BBO No. 631590)
Matthew A. Kane (BBO No. 666981)
Bulkley, Richardson and Gelinas, LLP
125 High Street
Oliver Street Tower, 16th Floor
Boston, Massachusetts  02110
Telephone: (617) 368-2520
Facsimile: (617) 368-2525
drandall@bulkley.com
mkane@bulkley.com

**CERTIFICATE OF SERVICE**

      I, Michael J. Agoglia, hereby certify that a true copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on May 14, 2012.

                              /s/ Michael J. Agoglia
                              Michael J. Agoglia

3145451