UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 11-md-02290-RGS

IN RE: JPMORGAN CHASE
MORTGAGE MODIFICATION LITIGATION

SUGGESTION OF REMAND for No. 8:10-CV-01923-DOC

September 14, 2012

STEARNS, D.J.

In accordance with the court's Order of September 14, 2012, the court recommends that the Judicial Panel on Multidistrict Litigation remand the individual Complaint of Michelle Bourdelais, a named class representative from the Central District of California in the JPMorgan Chase Mortgage Modification Litigation, as she has requested.

Respectfully submitted,

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

1