*EXHIBIT 1*

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 14, 2012

Writer's Direct Contact
415.268.6057
MAgoglia@mofo.com

Via E-Mail

Michael J. Flannery, Esq.
Cuneo Gilbert & LaDuca, LLP
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101

Re: *In re JPMorgan Chase Loan Modification Litigation*, MDL No. 2290

Dear Mr. Flannery:

I write regarding the continuation of Cathy Fetner's 30(b)(6) deposition of August 14, 2012. We have yet to receive from Plaintiffs the promised amended notice of deposition for the remaining 5 hours of that deposition. Because it is scheduled to proceed in just three business days, we ask that you send us the amended notice of deposition immediately.

In accordance with Judge Stearn's August 23, 2012 Order on this issue, Ms. Fetner is being offered to testify on the following issues, the same ones for which she was made available earlier:

- Policies, practices and procedures Related to the operation and administration of non-HAMP programs, including CHAMP, modifications for government-sponsored entities, modifications for government-backed mortgages, forbearance plans, and repayment plans (together, "Non-HAMP Programs") (*see* Topic No. 2);

- Policies, practices, and procedures Related to determining eligibility for Non-HAMP Programs (*see* Topic No. 3);

- Policies, practices, and procedures Related to Communicating with Borrowers about their applications and eligibility for Non-HAMP Programs (*see* Topic No. 4);

- The NPV Test and/or any other formula(e), process(es) or calculation(s) used to determine Borrowers' eligibility for Non-HAMP Programs (*see* Topic No. 5);

MORRISON | FOERSTER

Page Two

- "The "Waterfall" and/or any other formula(e), process(es) or calculation(s) used to determine the amount and terms of Non-HAMP Programs offered to Borrowers (*see* Topic No. 6);

- Any other formula(e), process(es) or calculation(s) used for determining new principal balance, deferred principal, interest rates or other loan terms Related to temporary and permanent modifications under Non-HAMP Programs (*see* Topic No. 7);

- The requirements and limitations, if any, imposed by contracts with investors, GSEs, the Federal Housing Administration and/or the U.S. Department of Veterans Affairs, or any agents, agencies, or departments of the aforementioned entities, Related to modifying Borrowers' mortgages (*see* Topic No. 8); and

- Policies, practices, and procedures Related to soliciting or confirming third-party approval of Non-HAMP Program modifications, including, without limitation, approval by investors, GSEs, the Federal Housing Administration and/or the U.S. Department of Veterans Affairs, or any agents, agencies, or departments of the aforementioned entities (*see* Topic No. 9).

While the Court recognized in its Order that there may be some "unavoidable" areas of overlap between HAMP and the permissible areas of inquiry above, questions that relate solely to HAMP, or questions about documents dealing exclusively with HAMP are, by definition, areas of avoidable overlap and will draw instructions not to answer at Ms. Fetner's continued deposition.

Very truly yours,

Michael J. Agoglia

sf-3194765