UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | )<br>)     No. 1:11-md-02290-RGS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO COMPEL**
**(ORAL ARGUMENT REQUESTED)**

Pursuant to Federal Rules of Civil Procedure 26(b) and 37 and upon compliance with Local Rule 37.1 (as set forth in the accompanying memorandum of law), Plaintiffs hereby move this Court to issue an Order compelling Defendants JPMorgan Chase Bank, N.A., Chase Home Finance, LLC and EMC Mortgage Corp. (collectively "Chase") to produce witnesses and documents required by Fed. R. Civ. P. 30(b)(6) and Fed. R. Civ. P. 34.  This Motion is based on the accompanying Memorandum In Support of Motion to Compel and the Declaration of Gary Klein with Exhibits 1 to 14  (the memorandum and certain exhibits to be filed under seal pending Court approval).

Specifically, Plaintiffs respectfully request that this Court compel Chase to produce the following:

- A witness or witnessed concerning reports and spreadsheets that contain loan level account data pursuant to Rule 30(b)(6).

- A witness or witnesses concerning the data samples produced under the MTC Order pursuant to Rule 30(b)(6).

- A witness or witnesses concerning audit documents produced following the MTC Order, pursuant to Rule 30(b)(6).

- A witness or witnesses concerning the named Plaintiffs' transactions pursuant to Rule 30(b)(6).

- A witness or witnesses concerning policies and procedures relevant to Chase's compliance with the Fair Debt Collection Practices Act ("FDCPA") pursuant to Rule 30(b)(6).

- Production of MHA-C audits that require the Court to overrule assertions of "bank examiner's" privilege.

- A date certain for production of email.

- Extension of the expert supplementation date to allow completion of Chase's document production as required by the MTC Order as well to conduct any depositions ordered by the Court as relief on this motion.

In furtherance of this Motion, Plaintiffs also request the opportunity to file a reply memorandum and request oral argument before the Court. A reply brief is necessary because Chase is likely to make unfounded arguments grounded in privilege and burden that Plaintiffs believe they will have evidence to refute. Plaintiffs request oral argument to assist the Court in light of the complexities of this matter, the extended meet and confer record, and the discovery produced to date.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Compel the categories of documents and witnesses sought, allow Plaintiffs the opportunity to file a reply in support of this Motion, and schedule a hearing for oral argument on this Motion.

Dated: November 9, 2012

Respectfully Submitted,

| */s/ Gary Klein*<br>Gary E. Klein (BBO No. 560769)<br>Kevin Costello (BBO No. 669100)<br>Shennan Kavanagh (BBO No. 655174)<br>**Klein Kavanagh Costello, LLP**<br>85 Merrimac Street | */s/ Lynn Sarko*<br>Lynn Lincoln Sarko<br>Gretchen Freeman Cappio<br>Gretchen S. Obrist<br>**Keller Rohrback L.L.P.**<br>1201 Third Ave., Ste 3200 |

| | |
|---|---|
| Boston, MA 02114<br><br>Phone: (617) 357-5500<br>Fax: (617) 357-5030<br>Email: klein@kkcllp.com<br>Email: costello@ kkcllp.com<br>Email: kavanagh@ kkcllp.com | Seattle, WA 98101<br><br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: lsarko@kellerrohback.com<br>Email: gcappio@kellerrohrback.com<br>Email: gobrist@kellerrohrback.com<br><br>Sharon T. Hritz<br>**Keller Rohrback L.L.P.**<br>1129 State St., Suite 8<br>Santa Barbara, CA 93101<br><br>Phone: (805) 456-1496<br>FAX: (805) 456-1497<br>shritz@kellerrohrback.com |
| */s/ Charles Schaffer*<br>Charles E. Schaffer<br>**Levin, Fishbein, Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>Email: cschaffer@lfsblaw.com | */s/ Jonathan Cuneo*<br>Jonathan W. Cuneo<br>Charles Joseph LaDuca<br>Matthew L. Wiener<br>Brendan S. Thompson<br>Mark Malone<br>**Cuneo Gilbert & LaDuca, LLP**<br>507 C Street, NE<br>Washington, DC 2002<br><br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>Email: jonc@cuneolaw.com<br>Email: charlesl@cuneolaw.com<br>Email: mwiener@cuneolaw.com<br>Email: brendant@cuneolaw.com<br><br>Alexandra C. Warren<br>**Cuneo Gilbert & LaDuca, LLP**<br>106-A S. Columbus Street<br>Alexandria, VA  22314<br><br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>Email: awarren@cuneolaw.com<br><br>Michael J. Flannery<br>**Cuneo Gilbert & LaDuca, LLP**<br>300 North Tucker Blvd., Suite 801 |

|  | St. Louis, MO  63101<br><br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>Email: mflannery@cuneolaw.com |
|---|---|
| *Interim Co-Lead Counsel for Plaintiffs* | |

## LOCAL RULE 7.1 CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel opposes the relief sought herein.

*/s/ Gary Klein*
Gary Klein

## LOCAL RULE 37.1 CERTIFICATE

I certify pursuant to Local Rule 37.1(b) that the provisions of Local Rule 37.1 have been complied with.  The parties' principal conferences on these matters occurred by telephone on October 1, October 19, October 22 and October 29.  Alexis Amezcua, Wendy Garber and Gregory Dresser represented Defendants during these conferences.  Gary Klein, Kevin Costello, Gretchen Freeman Cappio, Michael Flannery and others represented Plaintiffs.  The remaining requirements of Local Rule 37.1 are satisfied in the accompanying memorandum.

*/s/ Gary Klein*
Gary Klein

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2012.

*/s/ Gary Klein*
Gary Klein