UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: JP MORGAN CHASE MORTGAGE MODIFICATION LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>All Actions | Case No. 11-md-02290-RGS |

**DECLARATION OF RITA F. LIN IN SUPPORT OF**
**<u>DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL</u>**

I, Rita F. Lin, declare as follows:

1. I am an associate of the law firm of Morrison & Foerster LLP, counsel of record for Defendants. I have personal knowledge of the matters stated herein, and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel dated November 9, 2012.

2. On or about June 5, 2012, I met and conferred by phone with plaintiffs' counsel regarding plaintiffs' Request for Production of Documents Number 19, which requests "All Documents that Relate to Your compliance with the Fair Debt Collection Practices Act." I informed plaintiffs that the term "FDCPA compliance" was extremely broad, and that Chase needed to know more precisely what plaintiffs were seeking in order to adequately respond to plaintiffs' request.

3. During our conference, the parties agreed to return to discussions about plaintiffs' Request for Production of Documents Number 19, like many other such requests, after the parties had talked about 30(b)(6) topics.

4. At no time did I offer or agree that Chase would produce a 30(b)(6) witness to testify on the topic of FDCPA compliance.

5. I have been on maternity leave since mid-June 2012. I am currently still on leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2012.

/s/ Rita F. Lin
Rita F. Lin