UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 11-md-02290-RGS |

### DECLARATION OF MICHAEL VARZALLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, Michael Varzally, declare as follows:

1. I am an Executive Director and Technology Director in the Information Technology Risk and Security Management Department of JPMorgan Chase Bank, N.A. ("Chase"). As Executive Director, one of my responsibilities is to supervise the team of Chase employees responsible for collecting emails for purposes of litigation. I have supervised the team of Chase employees doing so in this matter. This declaration is based on my personal knowledge, or where noted, upon information and belief. If called as a witness in this action, I could and would testify to the following facts. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel.

2. I am informed that plaintiffs have requested the collection of emails from ten custodians. Upon information and belief, based on consultation with my team and other Chase employees, I understand that the collection process is underway for all ten custodians identified by plaintiffs. Based on information and belief, I further understand that the collection process will be completed by November 30, 2012. Following the collection, it will then take time to have search terms run across the documents, and to have them uploaded to the database on which they will be reviewed.

3. Upon information and belief based on consultation with my team and other Chase employees, there are challenges to completing the collection process any earlier for several reasons. As an initial matter, the time period requested (2008 to present) is lengthy, resulting in a substantial increase to the volume of documents that will be collected. Moreover, since, I am advised, these custodians are not all heritage Chase employees, the collection process requires extracting materials from different heritage organizations, such as Washington Mutual and EMC, which requires additional resources and time to complete. Finally, while my team has begun the collection process in this matter, it remains one of many litigation matters at Chase that require a complete collection of documents, many of which have discovery deadlines before this one.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of November, 2012 in New York, New York.

_____
Michael Varzally

sf-3218713