# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMIZA DURMIC, DONALD TREANNIE, HEATHER TREANNIE, JEAN LICATA AND ARSENIA RODRIGUES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A.<br><br>Defendant. | C.A. NO. 1:10-CV-10380-RGS |

## NOTICE OF TAKING DEPOSITION OF DEFENDANT J.P. MORGAN CHASE BANK, N.A. THROUGH DESIGNATED WITNESSES PURSUANT TO FED. RULE CIV. P. 30(b)(6)

Please take notice that the Plaintiffs, by their attorneys, will take the deposition upon oral examination pursuant to Fed. R. Civ. P. 30(b)(6) of Defendant J.P. MORGAN CHASE BANK, N.A. ("Chase"), with regard to the matters set forth below.

Pursuant to Rule 30(b)(6), Defendant is requested to designate one or more officers, directors, managing agents or other persons to appear on its behalf and to testify at this Deposition. Each person appearing on behalf of Defendant shall testify and be deposed as to those matters set forth below. If the Defendant designates a separate deponent with respect to any described matter for examination, Defendant shall so advise the Plaintiff prior to the deposition.

The deposition or depositions described herein will be recorded by stenographic means by an authorized court reporter beginning on **Wednesday, February 9, 2011 at 9:30 a.m.** and continuing until completed at **the offices of Roddy Klein & Ryan located**

**at 727 Atlantic Avenue, 2nd Floor, Boston, Massachusetts 02111,** or at another mutually-agreed upon location.

Please take further notice that pursuant to Rule 30(b)(2), Plaintiffs accompany this Notice with a request for the production of documents and tangible things to be produced at or before the time of deposition.

## DEFINITIONS

All definitions and rules of instruction set forth in Fed. Rule Civ. P. 30(b)(6) shall apply to all requests for information herein. To the extent a term commonly in use in the mortgage servicing business and/or under the Home Affordable Modification Program ("HAMP") is not defined herein, it shall be understood consistent with the meaning commonly ascribed to that term in the mortgage servicing business and/or HAMP.

1. "Account" means Borrowers' mortgage loan accounts serviced by Defendant.

2. "Borrower" means individuals whose mortgage loan Accounts are serviced by Defendant.

3. "Chase," "Defendant," "You," or "Your" refers to J.P Morgan Chase Bank, N.A. and its representatives, Employees, agents, servants, distributors, insurance carriers, and attorneys, or anyone else acting on its behalf.

4. "Communication(s)" means any transmission of information, the information transmitted, and any process by which information is transmitted, and shall include written or recorded communications and oral communications.

5. "Document(s)" refers to any and all writings or recordings of any kind and all electronically stored data, and shall include the original and each non-identical

copy or draft thereof. The term Document shall also include every other means by which information is recorded or transmitted including, but not limited to, electronic mail, Internet postings, tape recordings, video recordings, microfilms, punch cards, computer magnetic tape, computer disks, computer programs, computer databases, storage tapes, printouts, data processing records, and the written information necessary to understand and use such information. A draft or non-identical copy is a separate Document within the meaning of this term.

6. "Employee(s)" means any person employed by You or acting as Your agent.

7. "HAMP" refers to the Home Affordable Modification Program, implemented by the federal government February 18, 2009.

8. The term "Other Identified Individuals" refers to Tegan McCartney residing at 10 Lakewood Drive, East Falmouth Massachusetts, 02536, and such other individuals who retain Plaintiffs' counsel and who are thereafter identified to the Defendant.

9. The term "Plaintiffs" refers to Ramiza Durmic, Donald and Heather Treannie, Jean Licata, and Arsenia Rodrigues.

10. "TPP" refers to Trial Period Plan.

11. "Relate to," "Related to" and "Relating to" mean concerning, referring to, describing, discussing, evidencing, explaining and/or constituting.

## RELEVANT TIME PERIOD

All areas of inquiry herein refer to the period from January 1, 2009 to the present ("Relevant Time Period") unless otherwise specifically indicated.

3

## AREAS OF INQUIRY

1. Your policies, practices and procedures Related to HAMP.

2. Your policies, practices and procedures Related to determining eligibility for HAMP.

3. Your policies, practices and procedures Related to Communicating with Borrowers about their applications and eligibility for HAMP.

4. The Net Present Value ("NPV") Test and/or any other formula(s) and calculation(s) used to determine Borrowers' eligibility for HAMP.

5. The "Waterfall" and/or any other formula(s), process(es) or calculation(s) used to determine the payment amount and terms of the HAMP modification offered to Borrowers.

6. The requirements and limitations, if any, imposed by Your contracts with investors Related to modifying Borrowers' mortgages.

7. Your policies, practices and procedures Related to soliciting or confirming investor approval of HAMP modifications.

8. Your policies, practices and procedures Related to managing, supervising, monitoring, and training Your Employees involved in HAMP.

9. The identity, title, and department of each individual who is responsible for implementing Your policies, practices, and procedures Related to HAMP.

10. Your policies, practices and procedures for assuring compliance with HAMP, including, without limitation, audits of your compliance with HAMP.

11. Any and all reports, studies, internal or external audits and/or other types of evaluations You conduct Related to Your compliance with HAMP.

12. All Communications with Plaintiffs and Other Identified Individuals Relating to their Accounts, their HAMP applications and their HAMP and/or non-HAMP loan modifications.

13. All electronic system(s) You use that Relate to HAMP, including, without limitation, electronic storage of data and Documents Related to HAMP applications.

14. Your policies, practices and procedures Related to the maintenance of Plaintiffs' and Other Identified Individuals' Accounts, their HAMP applications and their HAMP and/or non-HAMP loan modifications.

15. Your policies, practices and procedures for investigating and/or reviewing Borrowers' inquiries and/or complaints concerning HAMP.

16. Complaints, whether formal or informal, made against You Related to HAMP.

17. All forms and/or other standardized Documents You use that Relate to HAMP, including, without limitation, the TPP Agreements.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1**

To the extent not already produced in response to Plaintiffs' First Request for Production of Documents, all Documents concerning the topics above.

**Request for Production No. 2**

The job description of each individual designated by You to testify pursuant to this Notice.

**Request for Production No. 3**

To the extent not already produced in response to Plaintiffs' First Request for Production of Documents, all internal memoranda drafted by each individual designated by You to testify pursuant to this Notice that concerns the topic(s) about which he/she is testifying.

           Respectfully submitted,
           On behalf of the plaintiffs,

           Gary Klein (BBO 560769)
           Shennan Kavanagh (BBO 655174)
           Kevin Costello (BBO 669100)
           RODDY KLEIN & RYAN
           727 Atlantic Avenue
           Boston, MA 02111-2810
           Tel: (617) 357-5500
           Fax: (617) 357-5030

           Stuart Rossman (BBO 430640)
           Charles Delbaum (BBO 543225)
           NATIONAL CONSUMER LAW CENTER
           7 Winthrop Square, 4th floor
           Boston, MA 02110
           Tel: (617) 542-8010
           Fax: (617) 542-8028

           Michael Raabe (BBO 546107)
           NEIGHBORHOOD LEGAL SERVICES
           170 Common Street, Suite 300
           Lawrence, MA 01840
           Tel: (978) 686-6900
           Fax: (978) 685-2933

           Attorneys for Plaintiffs

DATED:      January 6, 2011

## **PROOF OF SERVICE**

I, Kevin Costello, hereby certify that on this 6th day of January, 2011 I served the foregoing via e-mail and first class mail, postage prepaid to the following attorney(s) of record:

Donn A. Randall
Matthew A. Kane
BULKLEY, RICHARDSON AND GELINAS, LLP
98 North Washington St., Suite 500
PO Box 9750
Boston, Massachusetts 02114-0016
drandall@bulkley.com
mkane@bulkley.com

Michael J. Agoglia
Wendy M. Garbers
Rita F. Lin
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
magoglia@mofo.com
wgarbers@mofo.com
rlin@mofo.com

Attorneys for Defendants

_____
Kevin Costello