**FILED UNDER SEAL**
**Confidential – Subject to Protective Order**

# Exhibit 7