# Exhibit 8

| | |
|---|---|
| **From:** | Dresser, Gregory P. |
| **Sent:** | Monday, August 27, 2012 4:51 PM |
| **To:** | Gary Klein (klein@kkcllp.com) |
| **Subject:** | RE: Email Production |

Gary:

We are willing to consider in good faith a proposal by plaintiffs. To be able to do that, we need to know the specifics of that proposal.

The Court previously determined that the production of emails requested by plaintiffs was not warranted because the production requested was "overbroad, excessively burdensome, and likely to delay the progress of the litigation without conferring any corresponding benefit in terms of shaping plaintiffs' case." To assess whether plaintiffs' request is any different from what the Court has already denied, we would at least need to know whose email you are proposing that Chase search, the search terms you want to use (or, at least, most of those terms), and the time frame that you are proposing. Otherwise, it is not possible to assess the potential burden of the search.

Also, there is a difference between saying that relevant communications were sent and received by email and saying that there is "a record about the centrality of email communications between and among Chase employees concerning HAMP and other loan modifications." We disagree that there is such a record, and we simply asked where you think that is in the record. Again, if you point us to the testimony, we will consider it.

------------------------------------------------------------
**Gregory Dresser**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6396 | F: 415.276.7527
GDresser@mofo.com | www.mofo.com

---

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Saturday, August 25, 2012 6:44 AM
**To:** Dresser, Gregory P.
**Cc:** Gretchen Freeman Cappio; Kevin Costello; Brian Fox; Michael Flannery; Charlie Schaffer; Eric Holland; Chris Ellis
**Subject:** Re: Email Production

Gregory:

You have the same transcripts we have and can read them as you choose. Almost every Chase witness has talked about having sent or received relevant communications by email.

As we do not believe that the Judge's prior ruling on email is a blanket order that Chase never need produce emails responsive to the Plaintiffs' RPD, our proposal is intended to narrow the number of custodians and search terms to alleviate Chase's

assertions of burdensomeness. Although we are prepared to negotiate something Chase considers workable on these issues if possible, the tone of your response suggests that Chase is not willing to produce emails at all.

Our proposal is set forth below. If there is something worth discussing on this issue, please give us some times for Monday when you are available. If discussion would be fruitless, please just say so and we will proceed accordingly. Thanks.

Gary

_____

Gary Klein
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Phone: 617.357.5031
www.kkcllp.com

---

**From:** Gregory Dresser <gdresser@mofo.com>
**Date:** Sat, 25 Aug 2012 00:35:50 +0000
**To:** Gary Klein <klein@kkcllp.com>
**Cc:** Gregory Dresser <gdresser@mofo.com>
**Subject:** RE: Email Production

Gary:

We don't know what you are referring to, and we don't at all agree that
there is "a record about the centrality of email communications between
and among Chase employees concerning HAMP and other loan
modifications." As noted below, we are willing to evaluate your request,
but please let us know where the "centrality" information is in the
record.

As you know, the parties have previously met and conferred extensively
about the production of emails. And there has already been motion
practice on the topic. That said, subject to the above, if you send us
specifics about what you are proposing, we will consider your proposal in
good faith and give you an appropriate response.

-----------------------------------------------------------------
**Gregory Dresser**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6396 | F: 415.276.7527
GDresser@mofo.com | www.mofo.com

---

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Tuesday, August 21, 2012 5:54 PM
**To:** Dresser, Gregory P.; Eric Holland; Gretchen Freeman Cappio; Michael Flannery; Agoglia, Michael J.
**Cc:** Charlie Schaffer; Costello Kevin
**Subject:** Email Production

Gregory:

2

On August 9, 2012, you wrote with respect to searches of email:  "Defendants responded and objected back on April 27.  We maintain that position.  Moreover, the Court ruled that production of every email and draft would be overbroad and burdensome.  Also, the depositions begin this week and will conclude in the next few weeks so the opportunity to collect or review additional documents in time has passed."

Just to be clear, there is now a record about the centrality of email to communications between and among Chase employees concerning implementation of HAMP and other loan modifications.  Despite this,  we assume, in light of the inflexibility of the statement above,  that Chase's position  would be the same if Plaintiffs propose searches of the email a limited number of custodians (20 or less) using a limited number of search terms (75 or fewer).  Please let us know by close of business on Friday August August 24 if our assumption is wrong and Chase would agree to a search proposal limited as described in this email.

Thanks.

Gary

_____
Gary Klein
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Phone:  617.357.5031
www.kkcllp.com

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------