# Exhibit 14

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

October 9, 2012

Writer's Direct Contact
415.268.6664

Via Email

Gary Klein
Klein, Kavanagh, Costello, LLP
85 Merrimac Street, Fourth Floor
Boston, MA 02114

Re: *In re JPMorgan Chase Loan Modification Litigation*, MDL No. 2290

Dear Gary:

Following up on our October 1, 2012 meet and confer and my October 8, 2012 letter, I write regarding the methodology for extracting named plaintiff data and borrower data samples from InfoOne.

**Data to be Searched:** Consistent with plaintiffs' motion to compel, Chase will search for data in the loss-mitigation-related tables in InfoOne to which Ms. Shine has access. (*See* Opening Brief at 7 and Reply at 6-7.)

**Date Range:** The applicable date range is January 2008 through the present, except that the date range for the search regarding borrowers "who applied for a HAMP loan modification" will begin with April 2009, when Chase first implemented HAMP. (*See* Plaintiffs' First Request for Production of Documents ("RFP") ¶¶ 55-56, 61-62, 68-69; CAC ¶¶ 218, 219, 499, 685, 688.) Specifically, Chase will search for loans where the loss mitigation field reflects a loss mitigation open date[1] of any time between April 1, 2009 through September 30, 2012, for the HAMP-specific requests (RFPs 55-56), and any time between January 1, 2008 through September 30, 2012, for the remaining requests (RFPs 61-62, 68-69).

**Criteria for Each Sample:** The criteria Chase will use to create each sample are as follows.

1. For RFPs 55-56, in which plaintiffs request samples of borrowers who (1) applied for a HAMP loan modification and (2) received a TPP, Chase will include loans for which the "trial sent type" field reflects that a HAMP TPP was sent to the borrower. Chase will

---

[1] The loss mitigation open date reflects the first time the borrower began being considered for a modification.

sf-3204460

**MORRISON | FOERSTER**

Gary Klein
October 9, 2012
Page Two

> provide data for 50 loans meeting these criteria for properties in each of California, Illinois, Indiana, Massachusetts, Michigan, Minnesota, Missouri, Nevada, Pennsylvania, and Washington.
>
> Please note that RFPs 55-56 are not clear as to whether plaintiffs would like data regarding (a) only borrowers who received HAMP TPPs or (b) borrowers who received any type of TPP. The former appears more consistent with plaintiffs' putative class definitions, but please let us know by 5 ET. tomorrow if plaintiffs would prefer the latter instead.

2. For RFPs ¶¶ 62-63, in which plaintiffs request samples of borrowers who (1) applied for modification, and (2) "made trial payments on verbal instructions" or received forbearance or repayment agreements or plans, Chase will include loans for which the "loss mit template ID" field reflects that a forbearance and/or repayment template was opened on behalf of the borrower, and the "PMTS_Made_Ind" field reflects that the borrower made at least one payment under the agreement. Chase will provide data for 50 loans meeting these criteria for properties in each of California, Michigan, New Jersey, and Washington.

3. For RFPs ¶¶ 68-69, in which plaintiffs request samples of borrowers who (1) applied for a modification and (2) received a permanent modification agreement, Chase will include loans for which the "final mod type" field reflects that the borrower entered into any permanent modification agreement (regardless of the program type). Chase will provide data for 50 loans meeting these criteria for properties in each of Ohio and New York.

For each 50-loan sample, the computer code will select the first 50 loans meeting the applicable criteria above from a table of loan numbers in random order, which will be the mechanism for generating a sample.

**Processing of Data:** Once the data is extracted from InfoOne, Chase will compile that data into a usable format. Chase anticipates that the format will be Microsoft Excel, but will determine the most efficient format once it is able to extract and process the data.

**Redaction:** Chase will redact personally identifying information from the files it produces to plaintiffs (including names, addresses, and account numbers) and will substitute a unique identifier, consistent with the Court's order and plaintiffs' RFPs.

As we have mentioned, extracting, processing, and producing the data will be extremely time-consuming. We are providing this information to plaintiffs so that there is transparency about the methodology employed, as Chase intends to pull the data only once. In light of plaintiffs' timing concerns, we are moving this process along as quickly as possible. To that end, we intend to commence the laborious extraction process at 5 ET tomorrow.

sf-3204460

MORRISON | FOERSTER

Gary Klein
October 9, 2012
Page Three

Sincerely,

Wendy M. Garbers

sf-3204460