# Exhibit 15

| | |
|---|---|
| **From:** | Kevin Costello <costello@kkcllp.com> |
| **Sent:** | Wednesday, October 10, 2012 1:57 PM |
| **To:** | Garbers, Wendy M. |
| **Cc:** | Gretchen Freeman Cappio; Benjamin Winterhalter; Marjorie Charney; Jon Cuneo; Michael Flannery; Charlie Schaffer; Brian Fox; Eric Holland; Chris Ellis; Gretchen Obrist; Gary Klein |
| **Subject:** | Re: In re JPMorgan Chase Loan Modification Litigation, MDL No. 2290 |

Wendy:

I write in response to the question you pose on page 2 of your October 9, 2012 letter regarding RFP 55-56.  As pled in the Complaint at 10 n.2, and as stated in Plaintiffs' First Request for Production of Documents at 5 (definition of "TPP"), the Part 1 claims encompass borrowers who received both HAMP and CHAMP/EMC TPPs.  You will note that certain of the datapoints identified in Requests for Production 55 and 56 are specific to HAMP.  See e.g., RFP 55(c).  This is consistent with the evidence developed in the record to date indicating that borrowers were not considered for CHAMP/EMC until their eligibility for HAMP had been determined adversely.  In such a situation, it would be our expectation that Chase would produce data related both to the HAMP process and the subsequent CHAMP/EMC process for that borrower. To the extent that no HAMP-related data exists on a particular file for whatever reason, we would expect the balance of the data for that file.

Other aspects of your October 9, 2012 letter, including Chase's continued lack of a commitment to production within a time certain, may be addressed separately. As Chase appears to have made unilateral choices about how to proceed in connection with these issues, Plaintiffs reserve all rights to raise other issues about the production once the sample is produced.

We still await a response to the proposed meet and confer times set forth in Gary Klein's October 9, 2012 letter.  Please let me know if you have questions.

Thanks,

Kevin

Kevin Costello
Klein Kavanagh Costello LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
617-357-5500
http://www.kkcllp.com

--