# Exhibit 16

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

October 15, 2012

Writer's Direct Contact
415.268.6664

Via Email

Gary Klein
Klein, Kavanagh, Costello, LLP
85 Merrimac Street, Fourth Floor
Boston, MA  02114

Re:   *In re JPMorgan Chase Loan Modification Litigation*, MDL No. 2290

Dear Gary:

As promised, I write to provide information regarding the timing of Chase's production of the named plaintiff and sample data in response to the Court's September 21, 2012 Order.

As you know, the data extraction process is underway, but it is a time-consuming endeavor. We expect that the data will be ready to produce to plaintiffs in a timely manner, on or before the November 2 discovery cutoff. We will, of course, provide it as soon as it is ready.

Regarding plaintiffs' request to extend the supplemental expert report deadline: as plaintiffs' own expert acknowledges, the data is "not necessary" for his report, we do not believe that any extension is necessary. Nevertheless, in the spirit of compromise, we would agree to a modest extension, which would allow plaintiffs' experts to review the loan-level data prior to submitting the supplemental reports, but would not otherwise require the case schedule to be altered, namely:

New deadline for plaintiffs' supplemental expert reports:         November 12, 2012

New deadline for defendants' rebuttal expert reports:             January 7, 2013

sf-3206008

MORRISON | FOERSTER

Gary Klein
October 15, 2012
Page Two

Please let us know if plaintiffs wish to accept this compromise. Thank you for your attention to this matter.

Sincerely,

*Wendy Garbers*

Wendy M. Garbers

sf-3206008