# Exhibit 22

| | |
|---|---|
| **From:** | Wong, Caitlin K. |
| **Sent:** | Thursday, November 01, 2012 5:41 PM |
| **To:** | gcappio@KellerRohrback.com |
| **Cc:** | klein@kkcllp.com; Kleine, Angela; Amezcua, Alexis A. |
| **Subject:** | In re JPMorgan Chase Mortgage Modification Litigation, MDL No.2290 |

**You have received 2 files.**
Use the secure links below to download.

Apologies, there was a typo in the previous delivery e-mail addresses that caused this to be returned.

Please see the attached letter from Ms. Kleine and the accompanying zip file containing the referenced production.

Thank you.

_____
Caitlin K. Wong | Litigation Paralegal
MORRISON & FOERSTER LLP
425 Market Street, 36th Floor
San Francisco, CA 94105
Tel: (415) 268-6007
cwong@mofo.com

**Download Files**

Available until: **01 December 2012**

**Download File: 2012-11-01 Ltr Kleine to Cappio encl CHASE_MDL LIT_00273489-273490.pdf**
    45.45 KB

**Download File: 20121101.zip**
    4,940.58 KB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

*Secured by Accellion*™