# Exhibit 23

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 1, 2012

Writer's Direct Contact
415.268.6214
AKleine@mofo.com

By Secure Electronic File Transfer

Gretchen Freeman Cappio
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Re:   MDL No. 2290, *In re JPMorgan Chase Loan Modification Litigation*

Dear Ms. Cappio:

Please find enclosed Chase's production of two Excel documents containing named plaintiff and borrower data from InfoOne, consistent with the Court's September 21, 2012 Order, and our October 9 and October 25, 2012 correspondence. The documents are bates numbered:

CHASE_MDL LIT_00273489-CHASE_MDL LIT_00273490.

The document entitled "2012-11-01 InfoOne Named Plaintiff Data.xlsx" contains data about the named plaintiffs. The document entitled "2012-11-01 InfoOne Sample Data" contains the 800-borrower data sample, divided into three spreadsheets corresponding to the three requests for production to which the data relate.

The first spreadsheet in each document, entitled "Fields," contains a description of each of the field names (i.e., column headings). As discussed, in the borrower data sample we substituted unique numbers for the borrowers' personally identifying information.

The enclosed materials are Confidential Material under the parties' protective order in this matter. Please treat them as CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER.

sf-3213535

**MORRISON | FOERSTER**

November 1, 2012
Page Two

Sincerely,

Angela E. Kleine

Enclosures (2)

cc: Gary Klein

sf-3213535