# Exhibit 24

**From:** klein@kkcllp.com
**Sent:** Thursday, November 01, 2012 6:28 PM
**To:** Wong, Caitlin K.
**Subject:** Receipt Notification: 20121101.zip RE: In re JPMorgan Chase Mortgage Modification Litigation, MDL No.2290

## Receipt Notification: 20121101.zip RE: In re JPMorgan Chase Mortgage Modification Litigation, MDL No.2290

Return Receipt

Your file: **20121101.zip**
Was downloaded at: **01 November 2012 18:27:37**
By recipient: **klein@kkcllp.com**
File size is: **4.82 MB**

*Secured by Accellion*™