# Exhibit 25

**From:** Gretchen Obrist <gobrist@KellerRohrback.com>
**Sent:** Monday, November 05, 2012 2:59 PM
**To:** Dresser, Gregory P.; Amezcua, Alexis A.
**Cc:** Gretchen Freeman Cappio; Ryan McDevitt
**Subject:** Chase - meet and confer follow up


Dear Greg and Alexis,

In follow up to our telephone call on Friday afternoon regarding audio files and complaints, we are pleased to have made significant forward progress on these issues and suggest the following:

**1. Audio recordings.**

You proposed providing us with the recordings of 50 phone calls, of our choosing, if we will agree to supply you with 5 data points for each call we request: date of conversation, time of conversation, loan number, borrower name, and employee ID.  You also asked when we could get back to you with these data points so you could begin the search and thereafter let us know how long the process would take on your end.

We would like to accept your proposed framework, but we ask for the production of 150 phone calls instead of 50.  Given the high number of calls for each plaintiff (i.e., commonly 30-50), we believe 150 would provide us with a more meaningful set of calls than would 50.  Even with 150 total, we will not be receiving anything close to all of the calls for all of the named plaintiffs.  If this is acceptable to you, we likely can get you the data points you requested for at least a significant portion of the calls in about a week.  We will work as quickly as possible to identify the calls we are requesting and will provide that information sooner if we are able.  We also will need to assess whether the time of the call and the employee ID are readily available from the records you have produced to us, and if not, we would need to discuss with you how to pinpoint that information for calls of interest.

Relatedly, we have identified a couple of documents that pertain to recording telephone calls, but we have not been able to locate these documents in the production beyond seeing references that they exist.  Specifically, one script refers to "Record CallRequests Document" and "Conversation Recordings procedures."  *See* CHASE_MDL LIT_00059436.  Could you produce those documents or direct us to where they are located in your production?  In light of our agreement to accept far less than all of the audio recordings with the named plaintiffs, we believe this is a reasonable request that will assist us in understanding the calls and the procedures surrounding them.

**2. Complaints.**

We've already come to an agreement that you will produce 1,500 complete complaint files.  On Friday, we discussed our request that you add search terms CHAMP, CMP, mod, and modification to your already-performed search, which had included the terms HAMP, HMP, and MHA.  You explained that to add the four new terms would require a whole new search akin to the one you already did to get the list of 47,000 files you have provided to us.

We understand the additional time it will take to re-run the search is noteworthy, and we would like to proceed in a way that eliminates that issue in large part, while still allowing us to obtain discovery of complaint files that are highly relevant to Plaintiffs' claims.  Accordingly, we propose that you pull 1,000 complete complaint files (selected at random) from the 47,000 complaints that your search already identified (set 1).  We also request that you run a new search that *omits* HAMP, HMP, and MHA and *adds* the new terms CHAMP, CMP, mod, and modification.  You would then produce the additional 500 complete complaint files (selected at random) from that new set (set 2).  We have three additional requirements.  First, we don't want any duplicates between the 1,000 from set 1 and the 500 from set 2 - the 500 must be unique vis-à-vis the 1,000.  Second, we would need full production of the additional 500 complaints from set 2 no later than January 15, 2013.  We understand that the production of the 1,000 from set 1 can begin immediately.  Third, in the event that the new search yields something less than 500 total complaints from which to pull set 2, we request that the balance of our 1,500 total be pulled from set 1.  In other words, we must end up with 1,500 complete complaint files by January 15, 2013, regardless of the number of complaints identified by the new search.

Please let us know if these proposals are acceptable to you or if you have any questions.  We are pleased to be close to a reasonable negotiated resolution to these disputes and we look forward to hearing from you.

Best regards,
Gretchen

----------------------------------------
**Gretchen S. Obrist**
Keller Rohrback L.L.P.
Phone: (206) 623-1900
Direct: (206) 428-0569
Fax: (206) 623-3384
Email: gobrist@kellerrohrback.com

CONFIDENTIALITY NOTE:  This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure.  The information is intended only for the use of the individual entity named above.  If you think that you have received this message in error, please e-mail the sender.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.