# Exhibit 26

| | |
|---|---|
| **From:** | Gary Klein <klein@kkcllp.com> |
| **Sent:** | Tuesday, November 06, 2012 1:44 PM |
| **To:** | Amezcua, Alexis A.; Archuleta-Rodriguez, Regina C. |
| **Cc:** | Garbers, Wendy M.; Agoglia, Michael J.; Dresser, Gregory P.; Kleine, Angela; gcappio@KellerRohrback.com; gobrist@KellerRohrback.com; lsarko@KellerRohrback.com; shritz@KellerRohrback.com; CSchaffer@lfsblaw.com; BFox@lfsblaw.com; EHolland@allfela.com; costello@kkcllp.com; winterhalter@kkcllp.com; neale@kkcllp.com; JonC@cuneolaw.com; jkelly@cuneolaw.com; mflannery@cuneolaw.com |
| **Subject:** | Re: In re JPMorgan Chase Loan Modification Litigation, MDL No. 2290 |

Alexis:

As expected, initial review of the data samples that Chase produced on November 1 has yielded many questions about issues including, without limitation, the form of production, data collection methods that underlie the sample, the fields included, the field codes employed, the uses of certain fields produced, whether or not those fields may have been overwritten from time to time, the absence of certain fields we expected to find, missing data in various fields, the time periods for which fields were in use, whether codes have changed, whether missing data is in other systems and the like.  As set forth in various letters and during our telephonic meet and confers, Plaintiffs believe that they are entitled to a witness who can answer questions about the data samples sufficient for Plaintiffs and their experts to understand what has been produced (and what has not been produced and why).  We understand  Chase to have rejected  Plaintiffs' proposal for a deposition on the data sample, but to have proposed instead that Chase will provide a "data dictionary" and respond to specific inquiries about the data sample. Can you give me a call to flesh out how Chase proposes to engage in this process?

We are still in the process of reviewing the reports and spreadsheets produced by Chase and received this week.  I think its fair to assume that Plaintiffs will have similar issues  (to those described above) with respect to that production.  On these issues, we are awaiting, in part, your follow up concerning certain identified documents and our request for an additional witness or witnesses on these issues.   We understand this to have been promised by the end of the last week in your letter of October 29.

Thanks.

Gary

Gary Klein
Klein Kavanagh Costello, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Office: 617.357.5500
Direct: 617.357.5031
klein@kkcllp.com
www.kkcllp.com