# Exhibit 27

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 8, 2012

Writer's Direct Contact
415.268.6557

Via Email

Gary Klein
Klein, Kavanagh, Costello, LLP
85 Merrimac Street, Fourth Floor
Boston, MA 02114

Re:   *In re JPMorgan Chase Loan Modification Litigation*, MDL No. 2290

Dear Gary:

We write to respond to your November 6, 2012 email. You raise two issues: (1) questions about the data sample produced on November 1; and (2) supposed outstanding issues from our October 29 letter.

1. **Data Sample Questions**

As you point out, on November 1, Chase produced the data sample required by the Court's September 21 Order. You say that you have questions about several issues related to the data sample. As you describe those issues, it is not clear to us that plaintiffs' discovery requests call for that information, or that it is reasonably calculated to lead to the discovery of admissible information. But, as we have said all along, we are willing to look into any specific questions you have and respond appropriately. One of your questions relates to a "data dictionary" to understand the data fields. As noted in our production letter, in the produced Excel document, there are worksheets entitled "Fields," which contain a description of each of the fields in the data sample and thereby provide the explanation that we agreed to produce. Another question relates to the "form of production," which is puzzling, given that we produced the data in an Excel format as you requested. Given the detail and breadth of the remaining issues for which you have questions, we suggest that you provide plaintiffs' specific questions in writing, and we will see what we can do to answer them.

You ask that we have a call to discuss the process for answering plaintiffs' questions on the data sample. My colleagues, Wendy Garbers and Angela Kleine, should be on that call, since they have managed the data sample production. With the numerous depositions taking place this

MORRISON | FOERSTER

Gary Klein
November 8, 2012
Page Two

week in this matter, we are not available for a call until Monday, November 12. Please let us know what times on Monday work for you.

2. **Follow-Up from October 29 Letter**

You state that you await follow-up from us on "certain identified documents" and plaintiffs' request for additional witnesses. We can only guess that you refer to the four documents identified following our call on October 29. We responded to your points about those documents, and plaintiffs' request for additional witnesses, in our November 2 letter. If for some reason you did not receive that letter, please let us know, and we can recirculate it.

Sincerely,

*Alexandria Amezcua*
Alexandria A. Amezcua

sf-3215699