# Exhibit 28

**From:** Gary Klein
**Sent:** Monday, November 12, 2012 5:49:47 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Kleine, Angela; Amezcua, Alexis A.
**Cc:** Dresser, Gregory P.; Agoglia, Michael J.; Gretchen Freeman Cappio; Gretchen Obrist; Lynn Sarko; Sharon Hritz; Jon Cuneo; Michael Flannery; Brian Fox; Eric Holland; Charlie Schaffer; Jennifer Kelly; Benjamin Winterhalter; Costello Kevin; Shennan Kavanagh
**Subject:** Re: MDL2290-- motion to compel

Angela:  We would like to meet and confer with you as soon as possible about why there do not appear to be reports and spreadsheets in the production created  for the relevant time period prior to 2011.  Would 4 PM EDT this afternoon work, for what I hope would be a short call?  Thanks.

Gary

**From:** "Kleine, Angela" <AKleine@mofo.com>
**Date:** Sat, 10 Nov 2012 18:38:46 +0000
**To:** Gary Klein <klein@kkcllp.com>, "Amezcua, Alexis A." <AAmezcua@mofo.com>
**Cc:** Gregory Dresser <gdresser@mofo.com>, "Agoglia, Michael J." <MAgoglia@mofo.com>, Gretchen Freeman Cappio <gcappio@KellerRohrback.com>, Gretchen Obrist <gobrist@KellerRohrback.com>, Lynn Sarko <lsarko@KellerRohrback.com>, Sharon Hritz <shritz@KellerRohrback.com>, Jon Cuneo <JonC@cuneolaw.com>, Michael Flannery <mflannery@cuneolaw.com>, Brian Fox <BFox@lfsblaw.com>, Eric Holland <EHolland@allfela.com>, Charlie Schaffer <CSchaffer@lfsblaw.com>, Jennifer Kelly <jkelly@cuneolaw.com>, Benjamin Winterhalter <winterhalter@kkcllp.com>, Costello Kevin <costello@kkcllp.com>, Shennan Kavanagh <kavanagh@kkcllp.com>
**Subject:** RE: MDL2290-- motion to compel

Gary:

As plaintiffs elected on Friday to move forward with a multi-part motion to compel, we're not able to accept your suggestion below.  To be clear, we sent a letter responding to your Tuesday, November 6, 2012 e-mail, on Thursday, November 8, 2012, at 4:11 p.m.  As I said, in that letter, we offered to meet and confer on Monday; I did not say that the letter arrived on Monday, or that we offered on Monday to meet and confer.

**Angela Kleine**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6214 | F: 415.276.7064
AKleine@mofo.com | www.mofo.com

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Friday, November 09, 2012 7:43 PM
**To:** Kleine, Angela; Amezcua, Alexis A.
**Cc:** Dresser, Gregory P.; Agoglia, Michael J.; Gretchen Freeman Cappio; Gretchen Obrist; Lynn Sarko; Sharon Hritz; Jon Cuneo; Michael Flannery; Brian Fox; Eric Holland; Charlie Schaffer; Jennifer Kelly; Benjamin Winterhalter; Costello Kevin;

Shennan Kavanagh
**Subject:** Re: MDL2290-- motion to compel

AngelaL:  I did find the letter you referred to this afternoon.  It arrived, not Monday, as you originally stated, but rather after close of business last night (Thursday).  As the meet and confer about information concerning the data sample has been ongoing since September 24, and since our expert supplementation deadline is currently next Monday, your proposal for a further meet and confer next Monday is unworkable.  Should Chase be willing to agree to a further extension of the expert supplementation deadline, we'd be happy to meet with you on Monday to see if we can resolve this issue and withdraw our motion on this point.

Gary

_____

Gary Klein
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114

Phone:  617.357.5031
www.kkcllp.com

---

**From:** "Kleine, Angela" <AKleine@mofo.com>
**Date:** Sat, 10 Nov 2012 02:18:07 +0000
**To:** Gary Klein <klein@kkcllp.com>, "Amezcua, Alexis A." <AAmezcua@mofo.com>
**Cc:** Gregory Dresser <gdresser@mofo.com>, "Agoglia, Michael J." <MAgoglia@mofo.com>, Gretchen Freeman Cappio <gcappio@KellerRohrback.com>, Gretchen Obrist <gobrist@KellerRohrback.com>, Lynn Sarko <lsarko@KellerRohrback.com>, Sharon Hritz <shritz@KellerRohrback.com>, Jon Cuneo <JonC@cuneolaw.com>, Michael Flannery <mflannery@cuneolaw.com>, Brian Fox <BFox@lfsblaw.com>, Eric Holland <EHolland@allfela.com>, Charlie Schaffer <CSchaffer@lfsblaw.com>, Jennifer Kelly <jkelly@cuneolaw.com>, Benjamin Winterhalter <winterhalter@kkcllp.com>, Costello Kevin <costello@kkcllp.com>, Shennan Kavanagh <kavanagh@kkcllp.com>
**Subject:** RE: MDL2290-- motion to compel

Thank you.  Our office sent the letter I referenced to you via e-mail on Thursday, November 8, 2012, at 4:11 PM.  The subject of the e-mail was "In re JPMorgan Chase Loan Modification Litigation, MDL No. 2290."

**Angela Kleine**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6214 | F: 415.276.7064
AKleine@mofo.com | www.mofo.com

---

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Friday, November 09, 2012 6:07 PM
**To:** Kleine, Angela; Amezcua, Alexis A.
**Cc:** Dresser, Gregory P.; Agoglia, Michael J.; Gretchen Freeman Cappio; Gretchen Obrist; Lynn Sarko; Sharon Hritz; Jon Cuneo; Michael Flannery; Brian Fox; Eric Holland; Charlie Schaffer; Jennifer Kelly; Benjamin Winterhalter; Costello Kevin; Shennan Kavanagh
**Subject:** Re: MDL2290-- motion to compel

We are having a technical problem with one of the attachments to the declaration.  If we can't resolve it soon we'll send you everything else.

In the meantime can you point me to the correspondence you mentioned in your your earlier email in which you proposed an additional meet and confer on Monday?  I am not seeing it.

**From:** "Kleine, Angela" <AKleine@mofo.com>
**Date:** Sat, 10 Nov 2012 00:24:41 +0000
**To:** Gary Klein <klein@kkcllp.com>, "Amezcua, Alexis A." <AAmezcua@mofo.com>
**Cc:** Gregory Dresser <gdresser@mofo.com>, "Agoglia, Michael J." <MAgoglia@mofo.com>, Gretchen Freeman Cappio <gcappio@KellerRohrback.com>, Gretchen Obrist <gobrist@KellerRohrback.com>, Lynn Sarko <lsarko@KellerRohrback.com>, Sharon Hritz <shritz@KellerRohrback.com>, Jon Cuneo <JonC@cuneolaw.com>, Michael Flannery <mflannery@cuneolaw.com>, Brian Fox <BFox@lfsblaw.com>, Eric Holland <EHolland@allfela.com>, Charlie Schaffer <CSchaffer@lfsblaw.com>, Jennifer Kelly <jkelly@cuneolaw.com>, Benjamin Winterhalter <winterhalter@kkcllp.com>, Costello Kevin <costello@kkcllp.com>, Shennan Kavanagh <kavanagh@kkcllp.com>
**Subject:** RE: MDL2290-- motion to compel

Gary:

Please forward a copy of the Klein declaration and other under seal documents to us.

Thanks.


**Angela Kleine**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6214 | F: 415.276.7064
AKleine@mofo.com | www.mofo.com

---

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Friday, November 09, 2012 12:46 PM
**To:** Kleine, Angela; Amezcua, Alexis A.
**Cc:** Dresser, Gregory P.; Agoglia, Michael J.; Gretchen Freeman Cappio; Gretchen Obrist; Lynn Sarko; Sharon Hritz; Jon Cuneo; Michael Flannery; Brian Fox; Eric Holland; Charlie Schaffer; Jennifer Kelly; Benjamin Winterhalter; Costello Kevin; Shennan Kavanagh
**Subject:** Re: MDL2290-- motion to compel

Thanks.

---

**From:** "Kleine, Angela" <AKleine@mofo.com>
**Date:** Friday, November 9, 2012 5:33 PM
**To:** Gary Klein <klein@kkcllp.com>, "Amezcua, Alexis A." <AAmezcua@mofo.com>
**Cc:** "Dresser, Gregory P." <GDresser@mofo.com>, "Agoglia, Michael J." <MAgoglia@mofo.com>, Gretchen Freeman Cappio <gcappio@KellerRohrback.com>, Gretchen Obrist <gobrist@KellerRohrback.com>, Lynn Sarko <lsarko@KellerRohrback.com>, Sharon Hritz <shritz@KellerRohrback.com>, Jon Cuneo <JonC@cuneolaw.com>, Michael Flannery <mflannery@cuneolaw.com>, Brian Fox <BFox@lfsblaw.com>, Eric Holland <EHolland@allfela.com>, Charlie Schaffer <CSchaffer@lfsblaw.com>, Jennifer Kelly <jkelly@cuneolaw.com>, Benjamin Winterhalter <winterhalter@kkcllp.com>, Costello Kevin <costello@kkcllp.com>, Shennan Kavanagh <kavanagh@kkcllp.com>
**Subject:** RE: MDL2290-- motion to compel

Gary:

Alexis is flying back from a deposition in this case this afternoon.  We note that plaintiffs have not met and conferred with defendants on all of the topics listed below.  We offered to meet and confer on Monday, and did not hear back from you.  If plaintiffs choose to file a motion, defendants consent to plaintiffs' motion to file documents under seal.


**Angela Kleine**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105

P: 415.268.6214 | F: 415.276.7064
AKleine@mofo.com | www.mofo.com

**From:** Gary Klein [mailto:klein@kkcllp.com]
**Sent:** Friday, November 09, 2012 10:48 AM
**To:** Amezcua, Alexis A.
**Cc:** Dresser, Gregory P.; Agoglia, Michael J.; Gretchen Freeman Cappio; Gretchen Obrist; Lynn Sarko; Sharon Hritz; Jon Cuneo; Michael Flannery; Brian Fox; Eric Holland; Charlie Schaffer; Jennifer Kelly; Benjamin Winterhalter; Costello Kevin; Shennan Kavanagh; Kleine, Angela
**Subject:** Re: MDL2290-- motion to compel

Alexis: We are planning to file the following before the end of the day.  Pursuant to Local Rule 7.1, we need Chase's position on each motion. Because we are planning to file today before the close of business, we'd like Chase's position on each motion by 4:30 PM EDT.  Thanks in advance.

1.  Motion to Compel,  Specifically we are seeking to compel the following:
    A witness or witnessed concerning reports and spreadsheets that contain loan level account data pursuant to Rule 30(b)(6).

    A witness or witnesses concerning the data samples produced under the MTC Order pursuant to Rule 30(b)(6).

    A witness or witnesses concerning audit documents produced following the MTC Order, pursuant to Rule 30(b)(6).

    A witness or witnesses concerning the named Plaintiffs' transactions pursuant to Rule 30(b)(6).

    A witness or witnesses concerning policies and procedures relevant to Chase's compliance with the Fair Debt Collection Practices Act ("FDCPA") pursuant to Rule 30(b)(6).

    Production of MHA-C audits that require the Court to overrule assertions of "bank examiner's" privilege.

    A date certain for production of email.

    Extension of the expert supplementation date to allow completion of Chase's document production as required by the MTC Order as well to conduct any depositions ordered by the Court as relief on this motion.

2. Motion to file overlong brief in support of Motion to Compel.  My understanding is that the brief will be approximately 25 pages, though it could vary from that by a page or two.

3. Motion to File Certain Documents under seal.  The exhibits will be, for the most part,
documents produced since the MTC Order was entered and correspondence from the meet
and confer process that preceded the motion.


Gary


Gary Klein
Klein Kavanagh Costello, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Office: 617.357.5500
Direct: 617.357.5031
klein@kkcllp.com
www.kkcllp.com


-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------


-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any

information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

====================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

====================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------