Case 1:11-md-02290-RGS   Document 196-31   Filed 11/16/12   Page 1 of 1

Case 1:11-md-02290-RGS   Document 196-31   Filed 11/16/12   Page 1 of 1

**FILED UNDER SEAL**
**Confidential – Subject to Protective Order**

# Exhibit 31