# Exhibit 34

# JPMC Separation Page

## Loan Info:

| | |
|---|---|
| Customer ID: | JPMC-PRIME |
| Loan Number: |  |
| LOB: | CHASE |
| Borrower Name: | EVAN A BURKHOLDER |
| Property Address: | |

## To:

| | |
|---|---|
| Borrower Name: | EVAN A BURKHOLDER |
| Mailing Address: | |

## From: CHASE

| | |
|---|---|
| Company Name: | Chase Fulfillment Services |
| Contact Name: | Chase Fulfillment Services |
| Contact Phone: | 303-226-8101 |
| Address: | 710 S Ash St, Ste 200<br>MS: Package 2B 2d     01<br>Glendale<br>CO<br>80246 |

## From: CHASE

**Package Type: HMP_TRIAL_02B**

**Number of Envelopes: 4**



# FEDEX

Ship Date: SEPTEMBER 21, 2011




7 9 5 2 1 0 3 2 9 3 0 1   2B

From: (303) 226-8101 Origin ID: TEXA
Chase Fulfillment Services
Chase Fulfillment Services
710 S Ash St, Ste 200
MS: Package 2B 2d    01
Glendale, CO 80246




J11201108050225

Ship Date: 21SEP11
ActWgt: 1.0 LB
CAD: 5654046/WSXI2200

Delivery Address Bar Code



SHIP TO: (313) 312-0550    BILL THIRD PARTY
**EVAN A BURKHOLDER**

Ref #    LLNDA27A3F890C444E080BCE03F4C3A241F
Invoice #
PO #
Dept #





TRK# 7952 1032 9301
0201

THU - 22 SEP  A2
STANDARD OVERNIGHT
RES
48203
MI-US

**XH DETA**         DTW



50FG2/4299/F5F4



# HELPING YOU STAY IN YOUR HOME.

MAKING HOME AFFORDABLE



You may be able to make your payments more affordable!
Call (866) 550-5705 for Immediate Assistance.

JPMORGAN CHASE BANK, N.A.
710 S ASH ST, STE 200
GLENDALE, CO 80246-1989

SEPTEMBER 23, 2011

EVAN A BURKHOLDER AND SUSAN E MASON

Loan Number

Dear EVAN A BURKHOLDER AND SUSAN E MASON

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do…**
To accept this offer, you must make your first monthly "trial period payment" in place of your normal monthly mortgage payment. <u>Thereafter, send in your monthly trial period payments—instead of your normal monthly mortgage payment—as follows:</u>

> 1st payment:   $6,212.48 by 11/01/2011
> 2nd payment:  $6,212.48 by 12/01/2011
> 3rd payment:   $6,212.48 by 01/01/2012

After all trial period payments are timely made and you continue to meet all program eligibility requirements, your mortgage would then be permanently modified. You will be required to execute a permanent mortgage modification agreement that we will send you before your modification becomes effective. Until then, your existing loan and loan requirements remain in effect and unchanged during the trial period. **If each trial payment is not received by us in the month in which is due, this offer will end, your loan will not be modified under the Making Home Affordable program, and you may lose eligibility for any modification programs.**

If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at **(866) 550-5705** as we may be able to help you. (Also, please review the attached "Frequently Asked Questions")

Sincerely,

JPMORGAN CHASE BANK, N.A.

> **Your dedicated Customer Assistance Specialist is:**
> Ryan Radel
> Direct phone number: 800-848-9380 ext 3826214

Attachments: (1) Frequently Asked Questions; (2) Additional Trial Period Plan Information and Legal Notices; (3) Payment Coupons with Envelopes; (4) Fraud (SIGTARP) Notice;



**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

- If you make your new trial payments timely, **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this Trial Period Plan or permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be affected by accepting a trial period plan or modification. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief (and could prevent a foreclosure sale). It also gives you time to make sure you can manage the lower monthly mortgage payment. Note: This is only a temporary Trial Period Plan. Your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total gross monthly income. During your trial period the interest rate on your loan will remain unchanged. If we were able to permanently modify your loan today, we estimate your initial modified interest rate would be 3.375%. Your final modified interest rate may be different due to a variety of factors.

**Q. Will I be required to have an escrow account?**

The terms of your Trial Period Plan and your Modification Agreement will require us to establish an escrow account if your loan does not already have one, and to set aside a portion of your new monthly payment in this escrow account for payment of your property taxes, insurance premiums and other required charges as they become due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that we must place in escrow will also adjust as permitted by law. This means that your monthly payment may change after the Modification Agreement becomes effective.

Due to the timing of your tax and insurance payments, or the effect of prior unpaid advances that we have made from your escrow account that we cannot add to your loan balance, there may be a shortage of funds in your escrow account at the end of the trial period. If we notify you that a shortage exists, you must pay this amount in accordance with the Home Affordable Modification Program Guidelines, your loan documents, and applicable law, which may include requiring repayment over a 60 month period. If you wish to pay all or any portion of the shortage in a lump sum prior to the time the final modification becomes effective, please contact us. If you currently have lender-placed hazard or flood insurance on your property, you should consider obtaining your own insurance, which will likely be more affordable.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once we confirm you are still eligible for a Home Affordable Modification and you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.



CHASE_MDL LIT_00049412

## FREQUENTLY ASKED QUESTIONS
Get the answers you need to some of the most common questions.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit completely if your modified loan loses good standing, which means that it becomes 90 days delinquent at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage **unless** your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® Rate for 30-year, fixed-rate conforming mortgages). Once your interest rate reaches the cap it will be fixed for the remaining life of your loan. Your new monthly payment will also include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q. What if I have other questions about Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.





CHASE_MDL_LIT_00049413

Loan Number:

BEFORE YOU PROCEED... Here's additional information you need to know about the Home Affordable Modification Program.

## Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before **November 01, 2011**. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan, except as detailed below:**

- During the trial period, any pending foreclosure action or proceeding that has been suspended may be immediately resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification. A new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will not be necessary to continue the foreclosure action (foreclosure notices). You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law.

- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you will be required to do so once your loan is permanently modified:**

- We estimate that your final modified monthly payment will include an initial escrow payment of $2,105.36 per month. That amount might vary at the time of the final modification due to changes in anticipated disbursements during the trial period, refunds or adjustments to the escrow account, or if we pay unexpected bills on your behalf. This escrow amount will also change over time with changes in your property taxes and insurance obligations.

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you should make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect during the trial period and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." JPMORGAN CHASE BANK, N.A. offers loan modification assistance free of charge (i.e., no modification fee required).**

**We are a debt collector.**

**If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.**

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**



Please use the temporary coupons below during your trial modification period and be sure to include your loan number on your check. If you have already remitted some payments or have set up electronic payments for future payments under the trial plan, please disregard these temporary coupon(s) for those months.

If you prefer to make your payment by phone, or have any questions about these temporary coupons, please call us at **(800) 548-7912**. During your trial modification period, we are waiving any telephone payment fees and can schedule your payments in advance to help make it easier to keep your trial plan current.  If you have submitted two or more NSF checks within the past six months, certified funds are required for your trial plan payments.

Additionally, you may not receive statements during the trial modification months.  Normal billing statements reflecting the modified terms will resume once your permanent modification is effective.


Cut Here

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.  Please be advised that principal curtailments that may be applied with this payment cannot be reversed.

DO NOT SEND CASH

Trial Period Payment #4 (Modification Continuation Payment)
EVAN A BURKHOLDER AND SUSAN E MASON

Loan Number: ▊▊▊▊▊▊
Payment Due:    $6,212.48                              **CHASE PAYMENT PROCESSING**
Due Date:       **FEBRUARY 01, 2012**                  **P.O. BOX 78420**
                                                       **PHOENIX, AZ 85062-8420**

V 3-22-10

CHASE_MDL LIT_00049415

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

DO NOT SEND CASH

Trial Period Payment #3

EVAN A BURKHOLDER AND SUSAN E MASON

| | | |
|---|---|---|
| Loan Number: | ███████ | CHASE PAYMENT PROCESSING |
| Payment Due: | $6,212.48 | P.O. BOX 78420 |
| Due Date: | JANUARY 01, 2012 | PHOENIX, AZ 85062-8420 |

✂ Cut Here -----------------------------------------------------------------------------------------------------------------------------------

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

DO NOT SEND CASH

Trial Period Payment #2

EVAN A BURKHOLDER AND SUSAN E MASON

| | | |
|---|---|---|
| Loan Number: | ███████ | CHASE PAYMENT PROCESSING |
| Payment Due: | $6,212.48 | P.O. BOX 78420 |
| Due Date: | DECEMBER 01, 2011 | PHOENIX, AZ 85062-8420 |

✂ Cut Here -----------------------------------------------------------------------------------------------------------------------------------

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

DO NOT SEND CASH

Trial Period Payment #1

EVAN A BURKHOLDER AND SUSAN E MASON

| | | |
|---|---|---|
| Loan Number: | ███████ | CHASE PAYMENT PROCESSING |
| Payment Due: | $6,212.48 | P.O. BOX 78420 |
| Due Date: | NOVEMBER 01, 2011 | PHOENIX, AZ 85062-8420 |

V 3-22-10

For your convenience, we are including an additional payment coupon for use in the event you lose a coupon or otherwise need another coupon to make a payment.

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

DO NOT SEND CASH

EVAN A BURKHOLDER AND SUSAN E MASON

| | |
|---|---|
| Loan Number: ███████ | **CHASE PAYMENT PROCESSING** |
| Payment Due: **$6,212.48** | **P.O. BOX 78420** |
| Due Date: | **PHOENIX, AZ 85062-8420** |

✂ Cut Here -----------------------------------------------------------------------------------------------------------------------------------

For your convenience, we are including an additional payment coupon for use in the event you lose a coupon or otherwise need another coupon to make a payment.

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

DO NOT SEND CASH

EVAN A BURKHOLDER AND SUSAN E MASON

| | |
|---|---|
| Loan Number: ███████ | **CHASE PAYMENT PROCESSING** |
| Payment Due: **$6,212.48** | **P.O. BOX 78420** |
| Due Date: | **PHOENIX, AZ 85062-8420** |

✂ Cut Here -----------------------------------------------------------------------------------------------------------------------------------

V 3-22-10

CHASE_MDL LIT_00049417

Loan Number
EVAN A BURKHOLDER



# MAKING HOME AFFORDABLE



## NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury.  Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud.  The information contained in these documents is subject to examination and verification.  Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

### SIGTARP Hotline

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:

| | |
|---|---|
| Online Form: | www.SIGTARP.gov |
| Phone: | 877-SIG-2009 (toll-free) |
| Fax: | 202-622-4559 |
| Mail to: | Hotline<br>Office of the Special Inspector General<br>For The Troubled Asset Relief Program<br>1500 Pennsylvania Ave., NW, Suite 1064<br>Washington, D.C. 20220 |

For all other inquiries related to your mortgage, please contact your Lender.

Fraud Notice                                                                 Page 1 of 1



CHASE_MDL_LIT_00049418