UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION | ) ) ) | No. 1:11-cv-02290-RGS |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF WEBer "NOTES" DATA FOR EACH OF THE 1,500 COMPLETE COMPLAINT FILES CHASE HAS AGREED TO PRODUCE**

**CONFIDENTIAL – FILED UNDER SEAL**

**THIS DOCUMENT IS SUBJECT TO A PROTECTIVE ORDER ISSUED BY THE COURT AND MAY NOT BE EXAMINED OR COPIED EXCEPT IN COMPLIANCE WITH THAT ORDER,** *IN RE JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION***, CASE NO. 1:11-MD-02290-RGS**