UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: JPMorgan Chase Mortgage Modification Litigation<br><br>This Document Relates To: All Actions | Case No. 11-md-02290-RGS |

NOTICE OF LODGING OF SUPPLEMENTAL EXPERT REPORTS

Plaintiffs hereby file this notification that on December 18, 2012 the following documents containing confidential information will be lodged with the Court:

(1) Supplemental Expert Report of Ian Ayres (Dec. 17, 2012);

(2) Supplemental Expert Report of Alan White (Dec. 17, 2012).

Dated: December 17, 2012

Respectfully Submitted,

| | |
|---|---|
| */s/ Gary Klein*<br>Gary E. Klein<br>Kevin Costello<br>Shennan Kavanagh<br>**Klein Kavanagh Costello, LLP**<br>85 Merrimac Street<br>Boston, MA 02114<br><br>Phone: (617) 357-5500<br>Fax: (617) 357-5030<br>Email: klein@kkcllp.com<br>Email: costello@ kkcllp.com<br>Email: kavanagh@ kkcllp.com | */s/ Lynn Lincoln Sarko*<br>Lynn Lincoln Sarko<br>Gretchen Freeman Cappio<br>Gretchen S. Obrist<br>Ryan McDevitt<br>**Keller Rohrback L.L.P.**<br>1201 Third Ave., Ste 3200<br>Seattle, WA 98101<br><br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: lsarko@kellerrohrback.com<br>Email: gcappio@kellerrohrback.com<br>Email: gobrist@kellerrohrback.com<br>Email: rmcdevitt@kellerrohrback.com<br><br>Sharon T. Hritz<br>**Keller Rohrback L.L.P.**<br>1129 State Street, Ste. 8<br>Santa Barbara, CA  93101-6760 |

| | |
|---|---|
| | Phone: (805) 456-1496<br>Fax: (805) 456-1497<br>Email: shritz@kellerrohrback.com |
| */s/ Jonathan W. Cuneo*<br>Jonathan W. Cuneo<br>Charles Joseph LaDuca<br>Brendan S. Thompson<br>Jennifer E. Kelly<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street, NE<br>Washington, DC 2002<br><br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>Email: jonc@cuneolaw.com<br>Email: charlesl@cuneolaw.com<br>Email: brendant@cuneolaw.com<br>Email: jkelly@cuneolaw.com<br><br>Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>300 North Tucker Blvd., Suite 801<br>St. Louis, MO  63101<br>Tel: (202) 789-3960<br>Fax: (202) 789-1813<br>Email:  mflannery@cuneolaw.com<br><br>Alexandra C. Warren<br>CUNEO GILBERT & LADUCA, LLP<br>106-A South Columbus Street<br>Alexandria, VA  22314<br>Tel:    (202) 789-3960<br>Fax:    (202) 789-1813<br>Email:  awarren@cuneolaw.com | */s/ Charles E. Schaffer*<br>Charles E. Schaffer<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>Email: cschaffer@lfsblaw.com<br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Interim Co-Lead Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on December 17, 2012.  There are no non-ECF parties.

*/s/ Gary Klein*
Gary Klein