UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>All Actions )<br>) | No. 1:11-md-02290-RGS |

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

[Leave to file granted February 5, 2013]

FILED PROVISIONALLY UNDER SEAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER