UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: JPMORGAN CHASE MORTGAGE | ) | |
| MODIFICATION LITIGATION | ) | No. 1:11-md-02290-RGS |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| All Actions | ) | |
| | ) | |

**JOINT STATUS REPORT AND**
**REQUEST FOR ADJOURNMENT OF STATUS CONFERENCE**

By order of the Court (Dkt. 378), the Parties are to appear for a Status Conference on

November 7, 2013 at 2:00 PM.  The Parties are continuing to work cooperatively and

expeditiously to resolve this matter and request that the Status Conference be adjourned and

rescheduled for a time convenient to the Court on December 5, 2013.

RESPECTFULLY SUBMITTED this 5th day of November, 2013.

On behalf of Plaintiffs,                        On behalf of Defendants,

/s/ *Gary E. Klein*                             /s/ *Michael J. Agoglia*
Gary E. Klein (BBO 560769)                       Michael J. Agoglia
Shennan Kavanagh (BBO 655174)                    Wendy M. Garbers
Kevin Costello (BBO 669100)                      MORRISON & FOERSTER LLP
KLEIN KAVANAGH COSTELLO, LLP                     425 Market Street
85 Merrimac Street                               San Francisco, CA  94105
Boston, MA 02114                                 Tel: (415) 268-7000
Tel: (617) 357-5500                              Fax: (415) 268-7522
Fax: (617) 357-5030                              magoglia@mofo.com
klein@kkcllp.com                                 wgarbers@mofo.com
costello@ kkcllp.com
kavanagh@ kkcllp.com


/s/ *Gretchen Freeman Cappio*                    /s/ *Donn A. Randall*
Lynn Lincoln Sarko                               Donn A. Randall (BBO No. 631590)
Gretchen Freeman Cappio                          Matthew A. Kane (BBO No. 666981)
Gretchen S. Obrist                               BULKLEY, RICHARDSON AND
Ryan McDevitt                                    GELINAS, LLP

KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com
rmcdevitt@kellerrohrback.com

125 High Street
Oliver Street Tower, 16th Floor
Boston, MA 02110
Tel: (617) 368-2500
Fax: (617) 368-2525
drandall@bulkley.com
mkane@bulkley.com

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Charles Joseph LaDuca
Brendan S. Thompson
Jennifer E. Kelly
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 2002
Tel: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
charlesl@cuneolaw.com
brendant@cuneolaw.com
jkelly@cuneolaw.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
300 North Tucker Blvd., Suite 801
St. Louis, MO  63101
Tel: (202) 789-3960
Fax: (202) 789-1813
mflannery@cuneolaw.com

Alexandra C. Warren
CUNEO GILBERT & LADUCA, LLP
106-A South Columbus Street
Alexandria, VA  22314
Tel: (202) 789-3960
Fax: (202) 789-1813
awarren@cuneolaw.com

*/s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500

Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

*Interim Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed via the CM/ECF system on

November 5, 2013, which will send notice of such filing to all parties or their counsel.  There are

no non-CM/ECF parties.

/s/ Gretchen Freeman Cappio
Gretchen Freeman Cappio