UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE JPMORGAN CHASE MORTGAGE MODIFICATION LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>All Actions )<br>_____ ) | No. 1:11-md-02290-RGS |

## [PROPOSED] ORDER APPROVING AMENDMENT TO SETTLEMENT AGREEMENT AND MODIFYING PRELIMINARY APPROVAL ORDER *NUNC PRO TUNC*

*And now*, this 7th day May, 2014, the Court having been apprised of an inadvertent error by which certain accounts were omitted from the class list ("Omitted Accounts") contrary to the Settlement Agreement ("Agreement"), the Court having preliminarily approved that Agreement on December 6, 2013 [Doc. No. 396], the Court having reviewed the Parties' Amendment to the Agreement to address the Omitted Accounts and change the status of Plaintiffs Michelle and Robert Hood from Class Representatives to Individual Claimants as well as the Parties' Joint Motion For Approval Of Amendment To Class Action Settlement And For Modification Of The Preliminary Approval Order *Nunc Pro Tunc*, and the Court having been apprised that the Parties are in the process of negotiating relief for the borrowers associated with the Omitted Accounts, it is hereby Ordered and Adjudged that:

The Parties' Amendment to the Agreement dated May 1, 2014 is approved and the Preliminarily Approval Order [Doc. 396] is modified, pursuant to Fed. R. Civ. P. 60(b)(1) *nunc pro tunc* to exclude the Omitted Accounts in all respects including, without limitation, that the Parties are hereby relieved from the obligation to provide Class Notice to the borrowers associated with the Omitted Accounts pending preliminary approval of the anticipated settlement that will resolve the claims of those borrowers.

**IT IS SO ORDERED.**

Dated: _May 7, 2014._

_/s/ Richard G. Stearns_
Hon. Richard G. Stearns
UNITED STATES DISTRICT JUDGE