UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: JPMORGAN CHASE MORTGAGE )
MODIFICATION LITIGATION )
) Case No. 1:11-md-02290-RGS
)
)
)

## ORDER ENFORCING SETTLEMENT AGREEMENT AND ENJOINING STATE COURT PROCEEDINGS

Pursuant to this Court's jurisdiction to enforce its Final Approval Order, Final Judgment and Order of Dismissal With Prejudice (the "Final Judgment") under the All-Writs Act and the relitigation exception to the Anti-Injunction Act, and for the reasons set forth in the Motion:

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Catherine A. Hartendorp is permanently enjoined from prosecuting her complaint against JPMorgan Chase Bank, N.A. in the action entitled *Catherine A. Hartendorp v. Chase Bank, N.A. successor by merger to Washington Mutual Bank, FA et. al.*, Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC614267; and

2. Catherine A. Hartendorp is permanently enjoined from relitigating any and all claims that were raised or could have been raised in *In re: JPMorgan Chase Mortgage Modification*

*Litigation*, Case No. 1:11-md-02290-RGS, United States District Court for the District of Massachusetts, in this Court, in the Superior Court of the State of California, or in any other court or tribunal of competent jurisdiction.

Dated: 9-6-17.

/s/ Richard G. Stearns
Hon. Richard G. Stearns
United States District Judge

DB1/ 92933091.1

2